# EXHIBIT "39"

# AGENCY FOR HEALTHCARE ADMINISTRATION

JOSE DE JESUS GOMEZ-CORTES
List of Supervised Clinics

Date: 12/28/2016

| File Nbr | Lic Nbr | Provider Name | St Addr1 | St Addr2 | St City | St State | St Zip | Lic Status | Effective Date | End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 3935 | SUPERIOR MEDICAL GROUP CORP | 8180 NW 36 STREET | SUITE 213 | DORAL | FL | 33166 | FAILED TO RENEW | 6/13/2011 | 2/5/2013 |
| 2096 | 3782 | ANTONETY MEDICAL REHAB SERVICES | 5590 W 20 AVE | SUITE 200 | HIALEAH | FL | 33016 | FAILED TO RENEW | 12/7/2004 | 9/12/2006 |
| 2421 | 3924 | D & K MEDICAL CENTER, INC | 3383 NW 7TH STREET | SUITE 104 | MIAMI | FL | 33125 | CLOSED | 3/1/2004 | 10/10/2007 |
| 3415 | 10692 | MED-UNION MEDICAL CENTER INC | 135 SW 57TH AVE | | MIAMI | FL | 33144-3411 | LICENSED | 6/25/2007 | 1/21/2009 |
| 3539 | 3656 | GAVY REHABILITATION CENTER, INC | 4501 PALM AVENUE | SUITE 202 | HIALEAH | FL | 33012 | CLOSED | 6/1/2006 | 9/13/2006 |
| 4102 | 4636 | LIFE MEDICAL DIAGNOSTIC CORP. | 8260 WEST FLAGLER STREET | SUITE 2I | MIAMI | FL | 33144 | FAILED TO RENEW | 3/20/2004 | 10/3/2006 |
| 5417 | 4611 | NEW HORIZON MEDICAL & DIAGNOSTIC CENTER | 9600 SW 8TH ST STE 32 | | MIAMI | FL | 33174 | LICENSED | 8/11/2008 | 9/30/2009 |
| 5464 | 4298 | O R D MEDICAL CENTER INC | 9600 SW 8 ST | STE #29 | MIAMI | FL | 33174 | REVOKED | 5/19/2008 | 8/8/2008 |
| | | | | | | | | | 5/21/2012 | 8/31/2012 |
| 5668 | 4762 | EAGLE MEDICAL CENTER, INC. | 9600 SW 8th. STREET | SUITE #9 | MIAMI | FL | 33174 | FAILED TO RENEW | 7/18/2005 | 10/5/2006 |
| 5685 | 5518 | BEAT OF LIFE HEALTH SYSTEM INC | 9600 SW 8TH STREET | SUITE 35 | MIAMI | FL | 33174 | FAILED TO RENEW | 8/28/2008 | 11/12/2009 |
| 5925 | 7137 | UNIVERSAL HEALTH NETWORK, CORP | 7200 NW 7TH ST | # 300 | MIAMI | FL | 33126 | FAILED TO RENEW | 6/28/2006 | 8/18/2006 |
| 6027 | 5769 | ALL TECH THERAPY & REHAB MEDICAL CENTER | 5200 SW 8TH STREET | SUITE 204A | MIAMI | FL | 33134 | CLOSED | 8/1/2005 | 8/9/2006 |
| 6063 | 5785 | Y & R MEDICAL CENTER INC | 8051 W 24TH AVE | STE #9 | HIALEAH | FL | 33016 | CLOSED | 12/8/2006 | 6/23/2007 |
| | | | | | | | | | 7/23/2007 | 10/5/2007 |
| 6105 | 6130 | FIGUEROA MEDICAL CENTER INC | 50 W 29TH ST | STE #4 | HIALEAH | FL | 33012 | FAILED TO RENEW | 7/1/2004 | 3/1/2012 |
| 6156 | 5939 | HEALTHY SUNRISE, INC. | 1840 WEST 49TH STREET | SUITE 700 | HIALEAH | FL | 33012 | FAILED TO RENEW | 2/22/2012 | 2/1/2013 |
| 6289 | 6103 | LA MAR MEDICAL CENTER, INC. | 5829 SW 8TH STREET | | MIAMI | FL | 33144 | FAILED TO RENEW | 1/26/2006 | 9/22/2006 |
| 6454 | 6267 | MANASSAS MEDICAL CENTER, INC. | 3900 N.W. 79TH AVE. | STE. 326 | MIAMI | FL | 33166 | FAILED TO RENEW | 10/31/2007 | 4/18/2008 |
| 6674 | 6471 | VERZON MEDICAL CENTER, INC. | 3900 NW 79TH AVE | SUITE 233 | MIAMI | FL | 33166 | FAILED TO RENEW | 1/12/2006 | 10/6/2006 |
| 6781 | 6558 | MIAMI CLINICAL CENTER INC | 891 EAST 10TH AVENUE | | HIALEAH | FL | 33010 | FAILED TO RENEW | 11/1/2005 | 10/3/2006 |

# AGENCY FOR HEALTHCARE ADMINISTRATION

JOSE DE JESUS GOMEZ-CORTES
List of Supervised Clinics

Date: 12/28/2016

| File Nbr | Lic Nbr | Provider Name | St Addr1 | St Addr2 | St City | St State | St Zip | Lic Status | Effective Date | End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 6994 | 6701 | JOSHUA MEDICAL CENTER INC | 6801 NW 77 AVE | SUITE #111 | MIAMI | FL | 33166 | CLOSED | 2/3/2006 | 10/3/2006 |
| 7041 | 6794 | OLIMPUS MEDICAL CENTER INC | 3179 SW 8 STREET | | MIAMI | FL | 33136 | FAILED TO RENEW | 11/14/2005 | 10/5/2007 |
| 7076 | 6816 | USA MEDICAL CENTER AND DIAGNOSTIC CORP | 3237 NW 7TH STREET | #101 | MIAMI | FL | 33125 | FAILED TO RENEW | 12/1/2005 | 9/25/2006 |
| 7105 | 6796 | J & S MEDICAL CENTER INC | 8150 SW. 8 STREET | SUITE 205 | MIAMI | FL | 33144 | MOVED TO EXEMPT | 1/9/2006 | 10/5/2006 |
| 7120 | 6911 | PALMETTO MEDICAL CENTER, INC | 6501 NW 36 ST | STE 414 | VIRGINIA GARDENS | FL | 33166 | FAILED TO RENEW | 3/8/2007 | 4/6/2007 |
| 7129 | 6853 | AMERICA HEALTH CARE, INC | 8347 NW 36 STREET | STE 6 | DORAL | FL | 33166 | DENIED RENEWAL | 4/15/2006 | 3/8/2007 |
| 7244 | 6941 | T & A DIAGNOSTIC CENTER INC | 6465 SW 8TH STREET | | MIAMI | FL | 33144 | MOVED TO EXEMPT | 5/19/2008 | 6/27/2008 |
| | | | | | | | | | 10/1/2008 | 2/23/2009 |
| 7290 | 7015 | BEST CHOICE MEDICAL CENTER INC | 85 GRAND CANAL DR | SUITE 207 | MIAMI | FL | 33144 | FAILED TO RENEW | 6/1/2007 | 7/6/2007 |
| 7363 | 7154 | FERNANDEZ MEDICAL SERVICES INC | 4445 W 16 AVE STE 500 | | HIALEAH | FL | 33012 | LICENSED | 2/19/2009 | 10/10/2011 |
| | | | | | | | | | 2/27/2013 | Current |
| 7365 | 7112 | EXCELLENT HEALTH SERVICES CORP | 1800 SW 1ST STREET | #312 | MIAMI | FL | 33135 | FAILED TO RENEW | 5/5/2006 | 9/27/2006 |
| 7417 | 7155 | MORRIS PROFESSIONAL SERVICES INC | 7500 NW 25 STREET UNIT 257 | | MIAMI | FL | 33122 | CLOSED | 6/8/2006 | 10/16/2006 |
| 7438 | 7143 | TLC DIAGNOSTIC CORP | 7105 SW 8TH ST | STE #302 | MIAMI | FL | 33144 | FAILED TO RENEW | 7/20/2006 | 10/3/2006 |
| 7867 | 7566 | MEDICAL AND THERAPY SERVICE INC | 4896 NW 7 ST | | MIAMI | FL | 33126 | CLOSED | 10/22/2007 | 5/29/2008 |
| 7896 | 7582 | MILLENIUM REHABILITATION CENTER CORP | 7815 CORAL WAY STE 109 | | MIAMI | FL | 33155 | LICENSED | 8/3/2012 | 4/30/2016 |
| 7934 | 7656 | HEALTH GROUP SERVICES INC | 5200 SW 8TH STREET | SUITE 204 A | CORAL GABLES | FL | 33134 | FAILED TO RENEW | 11/23/2007 | 9/21/2008 |
| 8402 | 8097 | PAIN RELIEF REHAB MEDICAL CENTER CORP | 8150 SW 8 STREET SUITE 113 | | MIAMI | FL | 33144 | REVOKED | 1/17/2014 | 5/1/2014 |
| 8789 | 8437 | VENUS HEALTH CENTER CORP | 2450 SW 137 AVENUE | SUITE 226 | MIAMI | FL | 33175 | MOVED TO EXEMPT | 5/11/2009 | 10/2/2009 |
| 8848 | 8508 | VENUS MEDICAL CENTER CORP | 8000 NW 155TH ST | | MIAMI LAKES | FL | 33016 | LICENSED | 5/11/2009 | 6/29/2009 |
| 9091 | 8713 | EM REHABILITATION CENTER CORP | 960 SW 82 AVE | | MIAMI | FL | 33144 | LICENSED | 1/7/2010 | 2/3/2010 |

# AGENCY FOR HEALTHCARE ADMINISTRATION

Date: 12/28/2016

JOSE DE JESUS GOMEZ-CORTES

List of Supervised Clinics

| File Nbr | Lic Nbr | Provider Name | St Addr1 | St Addr2 | St City | St State | St Zip | Lic Status | Effective Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| 9263 | 8811 | ONE STAR MEDICAL CENTER INC | 50 W 29 ST STE 5 | | HIALEAH | FL | 33012 | CLOSED | 6/4/2010 | 2/4/2011 |
| 9288 | 8852 | DAVILA MEDICAL CENTER INC | 782 NW 42ND AVE STE 348 | | MIAMI | FL | 33126-5550 | LICENSED | 2/4/2013 | 5/17/2013 |
| 9315 | 8842 | PAIN RELIEF CLINIC OF HOMESTEAD CORP | 26051 SOUTH DIXIE HIGHWAY | | NARANJA | FL | 33032 | LICENSED | 4/1/2013 | Current |
| 9355 | 8897 | EXCELLENT MEDICAL CARE INC | 8150 SW 8TH STREET SUITE 204 | | MIAMI | FL | 33144 | CLOSED | 8/31/2010 | 3/2/2012 |
| 9587 | 9041 | LEAH MEDICAL OFFICE INC | 4866 NW 7 ST | | MIAMI | FL | 33126 | FAILED TO RENEW | 12/11/2010 | 2/10/2011 |
| 9801 | 9274 | ED MEDICAL THERAPY CENTER INC | 2716 SW 137TH AVE | | MIAMI | FL | 33175 | FAILED TO RENEW | 8/11/2011 | 2/10/2013 |
| 10109 | 9520 | DYNAMIC PHYSICAL REHAB INC | 4445 W 16TH AVE STE 504 | | HIALEAH | FL | 33012-4695 | LICENSED | 10/5/2015 | 3/10/2016 |
| | | | | | | | | | 5/19/2016 | Current |
| 10152 | 9618 | ALVAREZ THERAPEUTIC CENTER INC | 7392 NW 35TH TER STE 306 | | MIAMI | FL | 33122 | APPLICANT | 7/31/2012 | 4/1/2015 |
| 10881 | 10281 | ENCARN MEDICAL SERVICES CENTER | 2760 PALM AVE STE 102 | | HIALEAH | FL | 33010 | REVOKED | 10/3/2014 | 3/25/2015 |
| 11352 | 10703 | WELLNESS HEALTHCARE CLINIC CORP | 8180 NW 36TH ST STE 213 | | DORAL | FL | 33166 | LICENSED | 5/11/2016 | Current |
| 11356 | 10688 | LAS ESMERALDAS MEDICAL CENTER INC | 10511 N KENDALL DR #C 201 | | MIAMI | FL | 33176 | LICENSED | 5/23/2016 | 11/14/2016 |