UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE FARM
FIRE AND CASUALTY COMPANY,

     Plaintiffs,

vs.

JOSE GOMEZ-CORTES, *et al.*,

     Defendants.

_____/

## ANSWER OF JOSE GOMEZ-CORTES TO THE AMENEDED COMPLAINT

Defendant Jose Gomez-Cortes (hereafter "Dr. Gomez-Cortes"), by and through undersigned counsel, submit the following answer to the Amended Complaint (hereafter "AC").

## I. NATURE OF THE ACTION

1. Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 1.

2. Paragraph 2 of the AC is denied as to Dr. Gomez-Cortes.

3. Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 3.

4. Paragraph 4 of the AC is denied as to Dr. Gomez-Cortes.

5. Paragraph 5 of the AC is denied as to Dr. Gomez-Cortes.

6. Paragraph 6 of the AC is denied as to Dr. Gomez-Cortes.

7. Paragraph 7 of the AC is denied as to Dr. Gomez-Cortes.

8. Paragraph 8 of the AC is denied as to Dr. Gomez-Cortes.

9. Paragraph 9 of the AC is denied as to Dr. Gomez-Cortes.

## II. PARTIES

### A. Plaintiffs

10. Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 10.

11.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 11.

**B.      Defendants**

12.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 12.

13.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 13.

14.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 14.

15.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 15.

16.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 16.

17.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 17.

18.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 18.

19.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 19.

20.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 20.

21.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 21.

22.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 22.

23.     Dr. Gomez-Cortes admits he is a citizen of Florida and that he resides in Miami-Dade County.  Dr. Gomez-Cortes does not have sufficient information to admit or deny the remaining allegations of Paragraph 23.

**III.     Jurisdiction and Venue**

24.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 24.

25.     Admit.

## IV.    ALLEGATIONS COMMON TO ALL COUNTS

### A.    Automobile Insurance in Florida

26.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 26.

27.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 27.

28.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 28.

29.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 29.

30.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 30.

31.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 31.

32.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 32.

33.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 33.

### B.    Florida's Health care Clinic Act ("HCCA")

34.     Admit.

35.     Admit.

36.     Admit.

37.     Admit.

38.     Admit.

39.     Paragraph 39 of the AC states a conclusion of law as to which no response is required. To the extent an answer is required; Dr. Gomez-Cortes denies the allegations of Paragraph 39.

40.     Admit.

41.     Paragraph 41 of the AC states a conclusion of law as to which no response is required. To the extent an answer is required; Dr. Gomez-Cortes denies the allegations of Paragraph 41.

42.     Paragraph 42 of the AC states a conclusion of law as to which no response is required. To the extent an answer is required; Dr. Gomez-Cortes denies the allegations of Paragraph 42.

43.     Paragraph 43 of the AC states a conclusion of law as to which no response is required.  To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 43.

44.     Paragraph 44 of the AC is denied as to Dr. Gomez-Cortes.

**C.     Florida's Insurance Fraud Statute, Fla. Stat. § 817.234**

45.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 45.

46.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 46.

47.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 47.

48.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 48.

**D.     An Overview of Legitimate Treatment of Patients with Strains and Sprains**

49.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 49.

50.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 50.

51.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 51.

52.     Admit.

53.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 53.

54.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 54.

55.     Admit.

56.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 56.

57.     Paragraph 57 of the AC is denied as to Dr. Gomez-Cortes.

**V.     Unlawful Conduct**

     **A.     The Framework For The Muse Family Unlawful Scheme**

58.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 58.

59.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 59.

60.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 60.

61.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 61.

62.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 62.

63.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 63.

64.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 64.

65.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 65.

66.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 66.

67.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 67.

68.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 68.

69.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 69.

70.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 70.

71.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 71.

**B.      Details of the Unlawful Scheme**

72.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 72.

73.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 73.

74.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 74.

75.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 75.

76.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 76.

77.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 77.

78.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 78.

79.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 79.

80.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 80.

81.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 81.

82.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 82.

83.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 83.

84.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 84.

85.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 85.

86.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 86.

87.     Paragraph 87 of the AC is denied as to Dr. Gomez-Cortes.

88.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 88.

89.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 89.

90.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 90.

91.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 91.

92.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 92.

93.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 93.

**C.      Unlawful Conduct at Health & Wellness**

94.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 94.

95.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 95.

96.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 96.

97.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 97.

**i.      Predetermined Treatment Plan at Health & Wellness**

98.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 98.

99.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 99.

100.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 100.

101.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 101.

102.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 102.

103.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 103.

104.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 104.

105.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 105.

106.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 106.

107.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 107.

108.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 108.

109.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 109.

110.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 110.

      **ii.**      **Use of a Pre-Set "Guide" at Health & Wellness to Document Patient Condition and Progress**

111.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 111.

112.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 112.

113.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 113.

114.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 114.

115.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 115.

116.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 116.

117.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 117.

118.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 118.

119.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 119.

120.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 120.

121.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 121.

### iv.    Medical director Dr. Goldstraj Admits to Failing to Perform His Statutory Duties

122.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 122 a-g.

123.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 123.

124.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 124.

125.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 125.

126.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 126.

### v.    The Health & Wellness Medical Directors Purportedly Acted as medical directors for Multiple Clinics

127.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 127.

128.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 128.

129.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 129.

130.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 130.

131.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 131.

132.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 132.

**D.      Unlawful Conduct at Medical Wellness**

133.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 133.

134.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 134.

135.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 135.

**i.      Predetermined Treatment Plan at Medical Wellness**

136.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 136.

137.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 137.

138.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 138.

139.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 139.

140.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 140.

141.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 141.

142.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 142.

143.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 143.

144.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 144 a-c.

145.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 145.

146.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 146.

147.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 147.

148.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 148.

149.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 149.

150.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 150.

151.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 151.

### ii.    Medical Wellness Bills for Services Not Rendered

152.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 152.

153.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 153.

154.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 154.

155.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 155.

156.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 156.

            **iii.**     **The Medical Wellness Medical Directors Failed to Provide Day-to-Day Supervision**

157.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 157.

158.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 158.

159.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 159.

160.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 160.

161.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 161.

162.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 162.

163.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 163.

164.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 164.

165.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 165.

166.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 166.

167.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 167.

168.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 168.

169.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 169.

       **E.**     **Unlawful Conduct at Pain Relief**

170.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 170.

171.    Paragraph 171 of the AC is denied as to Dr. Gomez-Cortes.

172.    Paragraph 172 of the AC is denied as to Dr. Gomez-Cortes.

173.    Paragraph 173 of the AC is denied as to Dr. Gomez-Cortes.

### i.    Predetermined Treatment Plan at Pain Relief

174.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 174.

175.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 175.

176.    Paragraph 176 of the AC is denied as to Dr. Gomez-Cortes.

177.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 177.

178.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 178.

179.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 179.

180.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 180.

181.    Paragraph 181 of the AC is denied as to Dr. Gomez-Cortes.

182.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 182.

183.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 183.

184.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 184.

185.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 185.

186.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 186.

187.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 187.

188.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 188.

189.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 189.

190.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 190.

191.   Paragraph 191 of the AC is denied as to Dr. Gomez-Cortes.

**ii.     Pain Relief Employees Acknowledge Use of a Predetermined Treatment Plan**

192.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 192.

193.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 190.

**iii.    The Pain Relief Medical Directors Failed to Perform Their Statutory
        Duties and Provide Day-to-Day Supervision**

194.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 194.

195.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 195.

196.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 196.

197.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 197.

198.   Admit.

199.   Admit.

200.   Admit.

**IV.     RECORD KEEPING AT EACH CLINIC**

201.   Paragraph 201 of the AC is denied as to Dr. Gomez-Cortes.

202.   Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 202.

203.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 203.

204.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 204.

205.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 205.

206.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 206.

207.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 207.

208.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 208.

209.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 209.

210.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 210.

211.     Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 211.

212.     Paragraph 212 of the AC is denied as to Dr. Gomez-Cortes.

213.     Paragraph 213 of the AC is denied as to Dr. Gomez-Cortes.

## V.     CLAIMS FOR RELIEF

### Count I – Common Law Fraud
### (Against Health & Wellness, Beatriz Muse, Lazaro Muse, Hugo Goldstraj, M.D., and Manuel Franco, M.D.)

214.     Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

215.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 215.

216.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 216.

217.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 217.

218.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 218.

219.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 219.

220.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 220.

221.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 221.

222.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 222.

### Count II – Common Law Fraud
**(Against Medical Wellness, Beatriz Muse, Lazaro Muse, Noel Santos, Angel Carrasco, M.D., and Jorge Coll, M.D.)**

223.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

224.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 224.

225.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 225.

226.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 226.

227.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 227.

228.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 228.

229.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 229.

230.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 230.

231.   This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 231.

### Count III – Common Law Fraud
### (Against Pain Relief, Beatriz Muse, Lazaro Muse, Jesus Lorites, M.D., and Jose Gomez-Cortes, M.D.)

232.   Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

233.   Paragraph 233 of the AC is denied as to Dr. Gomez-Cortes.

234.   Paragraph 234 of the AC is denied as to Dr. Gomez-Cortes.

235.   Paragraph 235 of the AC is denied as to Dr. Gomez-Cortes.

236.   Paragraph 236 of the AC is denied as to Dr. Gomez-Cortes.

237.   Paragraph 237 of the AC is denied as to Dr. Gomez-Cortes.

238.   Paragraph 238 of the AC is denied as to Dr. Gomez-Cortes.

239.   Paragraph 239 of the AC is denied as to Dr. Gomez-Cortes.

240.   Paragraph 240 of the AC is denied as to Dr. Gomez-Cortes.

### Count IV – Violation of the Florida Deceptive and Unfair Practices Act
### (Against Health & Wellness, Beatriz Muse, Lazaro Muse, Hugo Goldstraj, M.D., and Manuel Franco, M.D.)

241.   Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

242.   This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 242.

243.   This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 243a-f.

244.   Paragraph 244 of the AC states a conclusion of law as to which no response is required.   To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 244.

245.   Paragraph 245 of the AC states a conclusion of law as to which no response is required.   To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 245.

246.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 246.

247.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 247.

248.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 248.

249.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 249.

250.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 250.

251.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 251.

**Count V – Violation of the Florida Deceptive and Unfair Practices Act**
**(Against Medical Wellness, Beatriz Muse, Lazaro Muse, Noel Santos, Angel Carrasco,**
**M.D., and Jorge Coll, M.D.)**

252.     Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

253.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 253.

254.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 254a-f.

255.     Paragraph 255 of the AC states a conclusion of law as to which no response is required.   To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 255.

256.     Paragraph 256 of the AC states a conclusion of law as to which no response is required.   To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 256.

257.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 257.

258.     This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 258.

259.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 259.

260.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 260.

261.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 261.

262.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 262.

**Count VI – Violation of the Florida Deceptive and Unfair Practices Act**
**(Against Pain Relief, Beatriz Muse, Lazaro Muse, Jesus Lorites, M.D., and Jose Gomez-Cortes, M.D.)**

263.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set froth herein, each and every response in Paragraphs 1 through 213 above.

264.    Paragraph 264 of the AC is denied as to Dr. Gomez-Cortes.

265.    Paragraph 265a-f of the AC is denied as to Dr. Gomez-Cortes.

266.    Paragraph 266 of the AC states a conclusion of law as to which no response is required.  To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 266.

267.    Paragraph 267 of the AC states a conclusion of law as to which no response is required.  To the extent an answer is required; Dr Gomez-Cortes denies the allegations of Paragraph 267.

268.    Paragraph 268 of the AC is denied as to Dr. Gomez-Cortes.

269.    Paragraph 269 of the AC is denied as to Dr. Gomez-Cortes.

270.    Paragraph 270 of the AC is denied as to Dr. Gomez-Cortes.

271.    Paragraph 271 of the AC is denied as to Dr. Gomez-Cortes.

272.    Paragraph 272 of the AC is denied as to Dr. Gomez-Cortes.

273.    Paragraph 273 of the AC is denied as to Dr. Gomez-Cortes.

**Count VII – Unjust Enrichment**
**(Against Health & Wellness, Beatriz Muse, Lazaro Muse, Hugo Goldstraj, M.D., and Manuel Franco, M.D.)**

274.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

275.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 275.

276.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 276.

277.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 277.

278.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 278.

279.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 279.

280.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 280.

### Count VIII – Unjust Enrichment
**(Against Medical Wellness, Beatriz Muse, Lazaro Muse, Noel Santos, Angel Carrasco, M.D., and Jorge Coll, M.D.)**

281.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

282.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 282.

283.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 283.

284.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 284.

285.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 285.

286.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 286.

287.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 287.

**Count IX – Unjust Enrichment**
**(Against Pain Relief, Beatriz Muse, Lazaro Muse, Jesus Lorites, M.D., and Jose Gomez-Cortes, M.D.)**

288.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

289.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 289.

290.    Dr. Gomez-Cortes does not have sufficient information to admit or deny the allegations of Paragraph 290.

291.    Paragraph 291 of the AC is denied as to Dr. Gomez-Cortes.

292.    Paragraph 292 of the AC is denied as to Dr. Gomez-Cortes.

293.    Paragraph 293 of the AC is denied as to Dr. Gomez-Cortes.

294.    Paragraph 294 of the AC is denied as to Dr. Gomez-Cortes.

**Count X – Declaratory Relief pursuant to 28 U.S.C. §§2201 et seq.**
**(Against the Muse Clinics)**

295.    Dr. Gomez-Cortes incorporates, adopts, and re-alleges as though fully set forth herein, each and every response in Paragraphs 1 through 213 above.

296.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 296.

297.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 297.

298.    This Paragraph is not directed to Dr. Gomez-Cortes, therefore he does not have sufficient information to admit or deny the allegations of Paragraph 298.

Dr. Gomez-Cortes denies all averments of the AC that are not specifically admitted herein.

**<u>AFFIRMATIVE DEFENSES</u>**

Dr. Gomez-Cortes sets forth the following affirmative and other defenses. Dr. Gomez-Cortes does not intend to assume the burden of proof with respect to those matters as to which, pursuant to law, Plaintiff bears the burden.

**First Affirmative Defense**

Plaintiffs'asserted damages, if any, may have been caused by, or were the result of, actions or inactions of parties other than Dr. Gomez-Cortes or parties over which Dr. Gomez-Cortes had no authority or control.

**Second Affirmative Defense**

Plaintiffs' asserted damages, if any, may have been proximately caused by independent, superseding, or intervening acts of parties or entities other than Dr. Gomez-Cortes or parties or entities over which Dr. Gomez-Cortes had no authority or control.

WHEREFORE, Dr. Gomez-Cortes prays for judgment in his favor and requests that Plaintiffs' AC be dismissed with prejudice and that he be awarded costs, expenses, and attorneys' fees expended in the defense of this litigation along with such other relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Dr. Gomez-Cortes demands a trial by jury on all claims stated.

/S/ Sean M. Ellsworth
Sean M. Ellsworth, Esq.
Florida Bar No. 39845
Ellsworth Law Firm, P.A.
1000 5th Street
Thyssen Building, Suite 223
Miami Beach, Florida 33139
(305) 535-2529 (phone)
(305) 525-2881 (fax)
sean@ellslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/S/ Sean M. Ellsworth
Sean M. Ellsworth, Esq.
Florida Bar No. 39845