UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,

Plaintiffs,

v.

HEALTH AND WELLNESS SERVICES,
INC., BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASCO,
JORGE RAFAEL COLL, PAIN RELIEF
CLINIC OF HOMESTEAD, CORP., JESUS
LORITES, AND JOSE GOMEZ-CORTES,

Defendants.

_____

JORGE RAFAEL COLL,
Counter-Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,
Counter-Defendants.

_____/

**PLAINTIFFS' MOTION FOR DEFAULT AGAINST
DEFENDANT JOSE GOMEZ-CORTES**

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively the "State Farm Plaintiffs"), by and through their counsel of record, and pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(iv) and Southern District of Florida Local Rule 7.1, request that the Court enter default against Defendant Jose Gomez-Cortes

1

("Dr. Gomez-Cortes") for his repeated failures to respond to and participate in the discovery process including his violation of this Court's June 13, 2019 Order [ECF No. 114] requiring Dr. Gomez-Cortes to provide discovery responses, produce documents, and attend deposition under penalty of default. In support, the State Farm Plaintiffs state:

1. On August 3, 2018, the State Farm Plaintiffs filed their Amended Complaint for common law fraud, violations of the Florida Unfair and Deceptive Trade Practices Act, unjust enrichment, and declaratory relief against all Defendants, including Dr. Gomez-Cortes. *See* [ECF No. 6]. On August 7, 2018, defendant Dr. Gomez-Cortes was properly served with process. The executed Service of Summons was filed with the Court on August 8, 2018. *See* [ECF No. 9].

2. Shortly thereafter, attorney Christian Carrazana appeared on behalf of all Defendants, including Dr. Gomez-Cortes on August 28, 2018. *See* [ECF No. 20].

3. On September 28, 2018, the Court granted attorney Carrazana's motion to withdraw from representing several Defendants, including Dr. Gomez-Cortes. *See* [ECF No. 37].

4. Thereafter, on November 21, 2018, the State Farm Plaintiffs served Dr. Gomez-Cortes with their First Request for Production and First Set of Interrogatories. *See* Ex. 1, Service of First Request for Production and First Set of Interrogatories.

5. Then, on December 3, 2018, attorney Sean Ellsworth filed an Answer and Affirmative Defenses to Plaintiffs' Amended Complaint on behalf of Dr. Gomez-Cortes. *See* [ECF No. 63].

6. As a result, the State Farm Plaintiffs served the discovery directed to defendant Dr. Gomez-Cortes on Mr. Ellsworth on December 21, 2019 and in doing so provided Mr. Ellsworth a 30-day extension to respond to same.

7. The deadline for Dr. Gomez-Cortes to respond, pursuant to the December extension, expired on January 21, 2019.  Shortly thereafter, in February 2019, counsel for Dr. Gomez-Cortes contacted counsel for the State Farm Plaintiffs requesting the State Farm Plaintiffs' position on Mr. Ellsworth's intended motion to withdraw from representing Dr. Gomez-Cortes. The State Farm Plaintiffs did not object.

8. On February 20, 2019, attorney Sean Ellsworth filed a motion to withdraw as counsel of record for Dr. Gomez-Cortes.  *See* [ECF No. 84].

9. On March 8, 2019, the Court granted attorney Sean Ellsworth's motion to withdraw as counsel of record and further gave Dr. Gomez-Cortes until April 5, 2019 to obtain new counsel or file notice of proceeding *pro se*.  *See* [ECF No. 87].

10. Following the expiration of the April 5, 2019 deadline, the State Farm Plaintiffs again sought responses from Dr. Gomez-Cortes.  *See* Comp. Ex. 2, April 23 & 26, 2019 Correspondences.

11. Upon receiving no response, the State Farm Plaintiffs set Dr. Gomez-Cortes's failure to respond for hearing.  A hearing took place on May 30, 2019.

12. As a result of the May 30, 2019 hearing the Court entered an order requiring Dr. Gomez-Cortes to provide responses and produce discovery as of the date of his June 18, 2019 deposition.  *See* [ECF No. 114], June 13, 2019 Or. on May 30, 2019 Discovery Hearing.  In its June 13, 2019 Order, the Court also ordered Dr. Gomez-Cortes to appear for his June 18, 2019 deposition.  *Id*.

13. In addition, this Court ordered that "[i]f Gomez-Cortes fails to respond to discovery, appear for his deposition, or produce responsive documents, Gomez-Cortes is subject to default upon filing of a proper motion by the State Farm Plaintiffs." *Id*.

3

14. Dr. Gomez-Cortes was served with notice of his June 18, 2019 deposition on April 23, 2019 and again on April 26, 2019.

15. Nonetheless, Dr. Gomez-Cortes failed to appear for his deposition.

16. Pursuant to Southern District of Florida Local Rule 7.1(a)(1)(D), an application for default need not incorporate a memorandum of law.

17. The State Farm Plaintiffs have served a copy of this motion on Dr. Gomez-Cortes via Federal Express Overnight.

WHEREFORE, the State Farm Plaintiffs respectfully request that the Court enter a default against Dr. Gomez-Cortes for his failure to provide responses, produce documents, or attend his deposition as required by this Court's June 13, 2019 Order.

Dated: July 3, 2019

By: */s/ David Spector, Esq.*

DAVID SPECTOR (FBN: 086540)
david.spector@hklaw.com
CAITLIN SALADRIGAS (FBN: 095728)
caitlin.saladrigas@hklaw.com
**HOLLAND & KNIGHT**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
Telephone:  (561) 833-2000
Facsimile:   (561) 650-8399

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the list below via transmission of Notices of Electronic Filing generated by CM/ECF and served on all other parties via Fed Ex overnight or U.S. Mail (as noted).

*/s/ David Spector, Esq.*
DAVID SPECTOR (FBN: 086540)

#68802076_v1

**SERVICE LIST**

| | |
|---|---|
| Chad A. Barr, Esq.<br>**LAW OFFICE OF CHAD A. BARR, P.A.**<br>986 Douglas Avenue, Suite 100<br>Altamonte Springs, FL 32714<br>Telephone: (407) 599-9036<br>Email: chad@chadbarrlaw.com<br>            service@chadbarrlaw.com<br>            paralegal@chadbarrlaw.com<br>*Attorneys for Defendant Jorge Rafael Coll*<br>**Served via email** | Richard J. Diaz, Esq.<br>Attorney at Law<br>3127 Ponce De Leon Boulevard<br>Coral Gables, FL 33134<br>Telephone: (305) 444-7181<br>Facsimile: (305) 444-8178<br>Email: rick@rjdpa.com<br>*Attorneys for Defendants Medical Wellness Services, Inc., Beatriz Muse, Lazaro Muse, and Noel Santos*<br>**Served via email** |
| Christian Carrazana, Esq.<br>**CHRISTIAN CARRAZANA, P.A.**<br>P.O. Box 900520<br>Homestead, FL 33030<br>Telephone: (786) 226-8205<br>Email: christian@carrazana-legal.com<br>*Attorney for Defendant Pain Relief Clinic of Homestead, Corp.*<br>**Served via email** | Louis V. Martinez, Esq.<br>**LOUIS V. MARTINEZ, P.A.**<br>2333 Brickell Avenue,<br>Suite A-1,<br>Miami, FL 33129<br>Telephone: (305) 764-3834<br>Email: louisvmartinez14@gmail.com<br>*Attorneys for Defendant Health & Wellness Services Inc.*<br>**Served via email** |
| Karen B. Parker, Esq.<br>**KAREN B. PARKER, P.A**<br>2550 S. Bayshore Drive, Suite 102<br>Coconut Grove, FL 33133<br>Telephone: (305) 343-8339<br>Email: kparker@kbparkerlaw.com<br>            kbparkerlaw@gmail.com<br>            parkerlawasst@gmail.com<br>*Attorneys for Defendant Jesus Lorites*<br>**Served via email** | Jose Gomez-Cortes, MD<br>1840 West 49th Street, Suite 305<br>Hialeah, FL  33012<br><br>        - AND -<br><br>3400 SW 130th Avenue<br>Miami, FL  33175<br>*In Pro Se*<br>**Served via FedEx overnight** |
| Michael Nicoleau<br>Michael D. Nicoleau, P.A.<br>11900 Biscayne Boulevard, Suite 770<br>North Miami, FL   33181-2737<br>Telephone:  (305) 438-7883<br>Email: michael@nicoleaulaw.com<br>*Attorneys for Defendant Hugo Goldstraj*<br>**Served via email** | |

#68802076_v1