UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,

Plaintiffs,

v.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE, HUGO
GOLDSTRAJ, MANUEL FRANCO, MEDICAL
WELLNESS SERVICES, INC., NOEL SANTOS,
ANGEL CARRASCO, JORGE RAFAEL COLL,
PAIN RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, AND JOSE GOMEZ-CORTES,

Defendants.
_____/

JORGE RAFAEL COLL,

Counter-Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,

Counter-Defendants.
_____/

**PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO
NON-PARTIES ABRAHAN TRANSPORTATION SERVICES, INC. AND
<u>ALEX TRANSPORT SERVICE, CORP.</u>**

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and

Casualty Company (collectively the "State Farm Plaintiffs"), pursuant to Federal Rules of Civil

Procedure 37 and 45 move to compel non-parties Abrahan Transportation Services, Inc.

1

("Abrahan Transportation") and Alex Transport Service, Corp. ("Alex Transport") to respond to the State Farm Plaintiffs' subpoenas and produce any documents responsive to same which to-date they have failed to do despite being properly served. In support, the State Farm Plaintiffs state:

## BACKGROUND

1. In this case, the State Farm Plaintiffs seek recovery of payments made to Defendants as a result of a scheme orchestrated by defendants Beatriz Muse, Lazaro Muse, and Noel Santos (collectively "the Muse Family") to defraud the State Farm Plaintiffs through the unlawful operation of three health care clinics: Health and Wellness Services, Inc. ("Health & Wellness"), Medical Wellness Services, Inc. ("Medical Wellness") and Pain Relief Clinic of Homestead, Corporation ("Pain Relief") (collectively the "Muse Clinics").

2. To effectuate their scheme, the Muse Family used the Muse Clinics to submit false, materially misleading, and/or fraudulent bills and supporting records to the State Farm Plaintiffs for services which were not medically necessary and instead performed pursuant to a pre-determined treatment plan ("Predetermined Treatment Plan"), if they were rendered at all.

3. The non-parties which are at issue in the instant Motion are both owned by Sandor Abrahan, who previously owned defendant Health & Wellness from approximately 2010 – 2015. During that time Mr. Abrahan's companies, Abrahan Transportation and Alex Transport, received numerous payments not just from Health & Wellness but from Medical Wellness Services, Inc. and Pain Relief Clinic of Homestead, Corp. It is unclear whether Abrahan Transportation or Alex Transport ever performed services at those other clinics and if not, for what reason those companies received said payments.

4. As a result, the State Farm Plaintiffs issued subpoenas to Abrahan Transportation and Alex Transport seeking all records relating to the Defendants to better understand the relationship among them and the extent of Mr. Abrahan's involvement in facilitating the alleged scheme.

5. The State Farm Plaintiffs properly served their subpoena to Alex Transport on Sandor Abrahan, the registered agent, on May 13, 2019 at the address 2600 SW 92nd Avenue, Miami, FL 33165. *See* Return of Service for Alex Transport [**Exhibit A**].

6. State Farm properly served its subpoena to Abrahan Transportation on Sandor Abrahan, the registered agent, on May 21, 2019 at the address 220 NW 46th Avenue, Miami, FL 33126. *See* Return of Service for Abrahan Transportation [**Exhibit B**].

7. Despite diligent efforts by undersigned counsel, State Farm has not found a working phone number or email address for Mr. Abrahan and has been unable to speak with Mr. Abrahan regarding the subpoena responses for Abrahan Transportation and Alex Transport.

8. The State Farm Plaintiffs never received any response from Mr. Abrahan, or any attorney acting on his behalf, regarding the subpoena.

9. Pursuant to communication with Chambers for Judge Torres, and notwithstanding Judge Torres' Standing Order Setting Discovery Procedures [ECF No. 18] that "discovery disputes shall not be raised by filing discovery motions under Rule 37," State Farm was instructed to file a written motion to compel regarding the subpoenas served on Abrahan Transportation and Alex Transport.

## ARGUMENT

"A party to a federal lawsuit may issue a subpoena to a nonparty, compelling the production of documents relevant to any of the parties' claims or defenses." *See Stringer v. Ryan*, No. 08-21877-civ, 2009 WL 3644360 at *1 (S.D. Fla. Oct. 30, 2009). "A person who is commanded to respond to a subpoena may object, but must do so within fourteen days after the subpoena is served." *See Id.* "A non-party waives any objections if she does not timely object to the subpoena." *See Id.* When a non-party fails to respond to a subpoena either by objection or production, courts routinely enforce the subpoena. *See, e.g., Ariel Syndicate 1910 v. Paramount Disaster Recovery, LLC*, No. 17-cv-1279-Orl-37DCI, 2018 WL 4759994 (M.D. Fla. July 25, 2018); *American Airlines, Inc. v. In Charge Mktg., Inc.*, No. 10-cv-00467, 2012 WL 2116349, at *2 (M.D. Fla. June 11, 2012).

Abrahan Transportation and Alex Transport have failed to respond in any fashion to State Farm's duly issued subpoenas. As such, Abrahan Transportation and Alex Transport have waived any objections that may have been available. *See Stringer*, 2009 WL 3644360 at *1. Since Abrahan Transportation and Alex Transport have waived all objections and the subpoena responses are past due, Abrahan Transportation and Alex Transport should be ordered to comply with State Farm's subpoenas and be held in contempt if they fail to do so.

WHEREFORE, for the reasons more fully stated herein, State Farm respectfully requests that the Court enter an Order compelling Abrahan Transportation and Alex Transport to fully and completely comply with the subpoenas previously served by State Farm, and granting State Farm such further and additional relief as the Court deems necessary and proper.

## RULE 7.1 CERTIFICATION

Counsel for the State Farm Plaintiffs' certifies that they attempted to conduct a good-faith effort to address and resolve the issues raised herein by conducting a diligent search for contact information for Mr. Abrahan, sending a letter to both Abrahan Transportation and Alex Transport which was inadvertently delivered to an addressed no longer occupied by either company, and sending further correspondence to Mr. Abrahan at the time of filing of this Motion in an effort to ascertain whether any documents exists responsive to the above-mentioned subpoenas. Should the State Farm Plaintiffs obtain information relating to the existence or non-existence of document and/or receive production, undersigned counsel will advise the Court immediately.

DATED: August 23, 2019

By: /s/ Caitlin Saladrigas, Esq.
DAVID SPECTOR (FBN: 086540)
david.spector@hklaw.com
CAITLIN SALADRIGAS (FBN: 095728)
caitlin.saladrigas@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the list below via transmission of Notices of Electronic Filing generated by CM/ECF and served on all other parties via U.S. Mail.

/s/ *Caitlin Saladrigas*
Caitlin Saladrigas Esq. (FBN: 095728)

**SERVICE LIST**

| | |
|---|---|
| Chad A. Barr, Esq.<br>**LAW OFFICE OF CHAD A. BARR, P.A.**<br>986 Douglas Avenue, Suite 100<br>Altamonte Springs, FL 32714<br>Telephone: (407) 599-9036<br>Email: chad@chadbarrlaw.com<br>　　　　service@chadbarrlaw.com<br>　　　　paralegal@chadbarrlaw.com<br>*Attorneys for Defendant Jorge Rafael Coll*<br>**Served via email** | Richard J. Diaz, Esq.<br>Attorney at Law<br>3127 Ponce De Leon Boulevard<br>Coral Gables, FL 33134<br>Telephone: (305) 444-7181<br>Facsimile: (305) 444-8178<br>Email: rick@rjdpa.com<br>*Attorneys for Defendants Medical Wellness Services, Inc., Beatriz Muse, Lazaro Muse, and Noel Santos*<br>**Served via email** |
| Christian Carrazana, Esq.<br>**CHRISTIAN CARRAZANA, P.A.**<br>P.O. Box 900520<br>Homestead, FL 33030<br>Telephone: (786) 226-8205<br>Email: christian@carrazana-legal.com<br>*Attorney for Defendant Pain Relief Clinic of Homestead, Corp.*<br>**Served via email** | Louis V. Martinez, Esq.<br>**DIAZ, REUS & TARG LLP**<br>3400 Miami Tower<br>100 SE 2nd Street<br>Miami, FL 33131<br>Telephone: (305) 375-9220<br>Facsimile: (305) 375-8050<br>Email: lmartinez@diazreus.com<br>*Attorneys for Defendant Health & Wellness Services Inc.*<br>**Served via email** |
| Karen B. Parker, Esq.<br>**KAREN B. PARKER, P.A**<br>2550 S. Bayshore Drive, Suite 102<br>Coconut Grove, FL 33133<br>Telephone: (305) 343-8339<br>Email: kparker@kbparkerlaw.com<br>　　　　kbparkerlaw@gmail.com<br>　　　　parkerlawasst@gmail.com<br>*Attorneys for Defendant Jesus Lorites*<br>**Served via email** | Jose Gomez-Cortes, MD<br>1840 West 49th Street, Suite 305<br>Hialeah, FL 33012<br><br>　　　- AND -<br><br>3400 SW 130th Avenue<br>Miami, FL 33175<br>*In Pro Se*<br>**Served via U.S. Mail** |
| Michael Nicoleau<br>**NICOLEAU | LAW**<br>11900 Biscayne Boulevard, Suite 770<br>North Miami, FL 33181-2737<br>Telephone: (305) 438-7883<br>Email: michael@nicoleaulaw.com<br>　　　　eservice@nicoleaulaw.com<br>*Attorneys for Defendant Hugo Goldstraj*<br>**Served via email** | Abrahan Transportation Services, Inc.<br>C/O Sandor Abrahan<br>2600 SW 92nd Avenue, Miami, FL 33165<br>**Served via U.S. Mail**<br><br>Alex Transport Service, Corp.<br>C/O Sandor Abrahan<br>2600 SW 92nd Avenue, Miami, FL 33165<br>**Served via U.S. Mail** |