# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-23125-Civ-SCOLA/TORRES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,
Plaintiffs,

       v.

HEALTH AND WELLNESS SERVICES,
INC.,BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASCO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES,
AND JOSE GOMEZ-CORTES,
Defendants.

_____

JORGE RAFAEL COLL,
Counter-Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,
Counter-Defendant.

_____/

## ORDER TO SHOW CAUSE AGAINST NON-PARTIES
## COLLAZO SALES AND SERVICES, INC.
## AND D. COLLAZO TRANSPORTATION, CORP.

THIS MATTER having come before the Court at a hearing scheduled and held

on August 16, 2019, at which the Court heard argument from counsel for Plaintiffs

State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "the State Farm Plaintiffs"), relating to non-parties Collazo Sales and Services, Inc. and D. Collazo Transportation, Corp.'s (collectively the "Collazo Non-Parties") failure to respond to the State Farm Plaintiffs' Subpoenas. Despite notice of the hearing, the Non-Parties did not appear in person or through counsel at the hearing to state their positions.  Accordingly, the Court having reviewed the materials submitted to the Court by Plaintiffs' counsel and the Court file, and being otherwise fully advised on the premises, it is hereby **ORDERED AND ADJUDGED** that the request for relief is **GRANTED**.

1. The Collazo Non-Parties are hereby Ordered to show cause why they failed to respond to the State Farm Plaintiffs' subpoenas which were served on May 13, 2019 and May 16, 2019, respectively, by filing a response with the Court within five (5) days from the date of this Order.

2. If the Collazo Non-Parties fail to comply with this Order, the Collazo Non-Parties will then be ordered to provide responses and any responsive documents to the State Farm Plaintiffs' subpoenas within five (5) days of the show cause deadline set forth in Paragraph 1 of this Order and all objections will be waived.

3. Failure to respond to that Order may warrant monetary sanctions or any other measure necessary to enforce the Court's jurisdiction, including finding the Non-Parties in contempt of court.

\* \* \*

**DONE AND ORDERED** in Chambers this 6th day of September, 2019.

_____
EDWIN G. TORRES
United States Magistrate Judge

Copies furnished to:

All counsel of record via CM/ECF

Daniel Collazo Lopez
Collazo Sales and Services, Inc. and
D. Collazo Transportation, Corp.
5881 SW 6th Street
Miami, FL 33144