## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.

CASE NUMBER
1:18−cv−23125−RNS

PLAINTIFF(S)

v.

HEALTH AND WELLNESS SERVICES, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Jose Gomez−Cortes.**

as of course, on the date September 25, 2019.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ Janier Arellano__
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
State Farm Mutual Automobile Insurance Company

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)