# Exhibit 1

```
 1              IN THE COUNTY COURT IN AND FOR
                  MIAMI-DADE COUNTY, FLORIDA
 2
                CASE NO:   13-19123 CC23 (03)
 3

 4   PAIN RELIEF CLINIC OF HOMESTEAD, CORP.
     a/a/o H▊▊▊▊ M▊▊▊▊
 5
         Plaintiff,
 6   -vs-

 7   STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY,
 8
         Defendant.
 9   _____/

10

11            DEPOSITION OF DANIEL COLLAZO

12                  VOLUME I OF I

13                Pages 1 through 43

14            Friday, January 13th, 2017
                2:11 p.m. - 3:23 p.m.
15             26051 South Dixie Highway
                 Naranja, Florida 33032
16

17

18

19

20

21

22

23

24                    Reported By:
                  LINDSAY ARANGO, FPR
25            Florida Professional Reporter
```

```
 1      Q.  (By Ms. Jenks) Had you ever worked at a
 2   healthcare clinic before you purchased Pain Relief?
 3      A.  No.
 4           MS. SOSA-BRUZON:  Objection.  Asked and
 5   answered.
 6      Q.  (By Ms. Jenks) As the owner of Pain Relief, what
 7   are your day-to-day responsibilities?
 8      A.  My daily responsibilities?  Work with the
 9   workers, take care of the patients, and give service to
10   the patients.
11      Q.  Do you hold any professional licenses or
12   certifications in the State of Florida?
13      A.  No.
14      Q.  Do you have any experience setting prices for a
15   healthcare clinic?
16      A.  The billing clerk.
17      Q.  I'm sorry, I don't understand.
18      A.  No, I don't have price experience.
19      Q.  So, would I be correct in stating you've never
20   set the prices at a healthcare clinic in the State of
21   Florida?
22      A.  No, I have not.
23      Q.  When you purchased Pain Relief, did your purchase
24   of the clinic include purchase of the equipment?
25      A.  What equipment?
```

```
 1      Q.  Equipment needed in order to provide therapy to
 2   patients.
 3      A.  You mean equipment, equipment, equipment?  I
 4   don't know.  I don't understand.
 5      Q.  Are you familiar with any equipment that is
 6   needed in order to render physical therapy to patients?
 7      A.  No, I'm not.
 8      Q.  Does Pain Relief Clinic have x-ray machines?
 9      A.  Yes.
10      Q.  Did Pain Relief Clinic have x-ray machines in
11   2012?
12      A.  I don't know.  When I bought it in 2013 it did.
13      Q.  Did Pain Relief have employees working at the
14   clinic when you became the owner?
15      A.  Yes.
16      Q.  Did you keep all of the employees to continue
17   working after you purchased the clinic?
18      A.  No.
19      Q.  Did you keep any of the employees who worked at
20   the clinic before you became the owner?
21      A.  The doctor.
22      Q.  When you purchased Pain Relief Clinic did it have
23   any agreements with any outside companies?
24              MS. SOSA-BRUZON:  Objection, form.
25      A.  What's that?  I didn't understand.
```

```
 1   Pain Relief before you became the owner?
 2        A.   Not as far as I know.
 3        Q.   How did you come to hire them as massage
 4   therapists?
 5        A.   I gave them cards and they came to look for work.
 6        Q.   Did you place an advertisement?
 7        A.   No, flyers.  Cards in the traffic light.
 8        Q.   Did anyone refer them to come work at Pain Relief
 9   Clinic?
10        A.   The cards.
11        Q.   I'm saying, other than the cards, did anyone
12   specifically refer them to the clinic for work?
13        A.   No.
14        Q.   Did you first meet both of those massage
15   therapists when they came to Pain Relief seeking
16   employment?
17        A.   Yes.
18        Q.   In 2012, specifically November and December of
19   2012, who was employed at Pain Relief Clinic?
20        A.   I don't know.
21        Q.   In January and February of 2013 who was employed
22   at Pain Relief Clinic?
23        A.   I don't know.  I have no idea.
24        Q.   Was Pain Relief Clinic registered as a healthcare
25   clinic in the State of Florida in November of 2012?
```

```
 1      A.   Assuredly.  But I don't know.
 2      Q.   Is Pain Relief Clinic currently registered as a
 3   healthcare clinic in the State of Florida?
 4      A.   Yes.
 5      Q.   As the owner of Pain Relief Clinic are you
 6   responsible for the hiring and firing of employees?
 7      A.   Yes.
 8      Q.   Are you responsible for payroll?
 9      A.   Yes.
10      Q.   Are you responsible for the day-to-day management
11   of your business?
12      A.   Yes.
13      Q.   Are you responsible for billing?
14      A.   Billing, no, no, I'm not the one that does the
15   billing.
16      Q.   When you first came to own Pain Relief Clinic,
17   was there a person who was employed to work at the front
18   desk?
19      A.   No.  Not the front desk.  I don't know if it
20   would be --
21      Q.   Did you hire someone eventually to work at the
22   front desk?
23      A.   Yes.
24      Q.   Who did you hire?
25      A.   Diana.
```

```
 1      Q.   (By Ms. Jenks) Is that a male or female?
 2      A.   It's a female.
 3      Q.   What's her last name?
 4      A.   She's there.  I'd have to ask her.
 5      Q.   What's her role?
 6      A.   A therapist, massage therapist.
 7      Q.   Did you know anyone associated with Pain Relief
 8   Clinic before you purchased the business?
 9      A.   No.
10      Q.   And Diana Hernandez, is she currently responsible
11   for billing?
12      A.   No.  Navis.
13      Q.   Navis.  After you purchased Pain Relief Clinic,
14   did you execute any agreements on behalf of your
15   business?
16      A.   No.
17           MS. SOSA-BRUZON:  I'll object to form.
18           THE REPORTER:  Was his answer no?
19           THE INTERPRETER:  No.  Yeah, his answer was
20   no.
21      Q.   (By Ms. Jenks) Currently what types of services
22   are offered at Pain Relief?
23           MS. SOSA-BRUZON:  I'll object to relevance.
24      A.   The treatment for the patient.
25      Q.   What type of treatment?
```

```
 1      A.   Well, the one ordered by -- how can I explain?
 2   The treatment ordered to the patient by the doctor.
 3      Q.   Are you familiar with any of the treatment that
 4   is offered at your business?
 5      A.   No, I don't do the treatment.  I mean, I am
 6   familiar, but I don't perform the treatment.
 7      Q.   What is your weekly work schedule at Pain Relief?
 8           MS. SOSA-BRUZON:  Object to relevance.
 9      A.   What is my schedule here?
10      Q.   (By Ms. Jenks) Yes.
11      A.   Depending on what I have to do here or what I
12   have to do on the road, the things that I have to do.
13      Q.   Do you currently do anything else for employment?
14      A.   No.
15      Q.   You stated that Dr. Gomez-Cortez is currently the
16   medical director.
17      A.   Yes.
18      Q.   What's his weekly schedule at Pain Relief?
19      A.   His daily schedule is from 3:00 p.m. on
20   Wednesdays, from 7:00 p.m. more or less.
21      Q.   Is he present at the clinic any other days of the
22   week other than Wednesday?
23      A.   If he is called he will come as well.
24      Q.   In our notice of taking deposition duces tecum we
25   requested -- well, I'm gonna go over the areas of
```