# EXHIBIT "B"

**Roark, Kim (WPB - X28350)**

| | |
|---|---|
| From: | Saladrigas, Caitlin F (WPB - X28349) |
| Sent: | Friday, April 19, 2019 1:44 PM |
| To: | Chad Barr; Liz Zaharas; louisvmartinez14@gmail.com |
| Cc: | kbparkerlaw@gmail.com; Roark, Kim (WPB - X28350); Richard J. Diaz, P.A.; Paralegal; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) |
| Subject: | RE: State Farm / Muse |

All,

We are trying to be as flexible as possible to accommodate everyone's schedules when it comes to setting depositions, but it seems we are not making progress. At this point we need to set a call to discuss everyone's availability and hammer out dates for additional depositions. Please let me know your availability to discuss on Monday afternoon.

Thanks,
Caitlin

**Caitlin F. Saladrigas | Holland & Knight**
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

**From:** Chad Barr <Chad@chadbarrlaw.com>
**Sent:** Friday, April 19, 2019 9:13 AM
**To:** Liz Zaharas <liz@rjdpa.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; louisvmartinez14@gmail.com
**Cc:** kbparkerlaw@gmail.com; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; Richard J. Diaz, P.A. <rick@rjdpa.com>; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>
**Subject:** RE: State Farm / Muse

*[External email, exercise caution]*

---

I am not available in July. I take vacation and my kid has a weeklong baseball tourney. We need to get these depos done in May or June.

**CHAD A. BARR, ESQUIRE**
**CHAD BARR LAW**
986 Douglas Avenue
Altamonte Springs, FL 32714
(407)599-9036 – Office
www.ChadBarrLaw.com

UCF '17 CO-NAT'L CHAMPS 13-0 # CHADBARRLAW

1



**From:** Liz Zaharas <liz@rjdpa.com>
**Sent:** Thursday, April 18, 2019 9:03 AM
**To:** Caitlin.Saladrigas@hklaw.com; louisvmartinez14@gmail.com
**Cc:** kbparkerlaw@gmail.com; Kim.Roark@hklaw.com; Chad Barr <Chad@chadbarrlaw.com>; Richard J. Diaz, P.A. <rick@rjdpa.com>; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com
**Subject:** RE: State Farm / Muse

Mr. Diaz is available the last two weeks of July.

**Elizabeth Zaharas**
**Richard J. Diaz, P.A.**
**3127 Ponce de Leon Blvd.**
**Coral Gables, FL  33134**
**Telephone: 305-444-7181**
**Facsimile: 305-444-8178**

---

**From:** Caitlin.Saladrigas@hklaw.com [mailto:Caitlin.Saladrigas@hklaw.com]
**Sent:** Wednesday, April 17, 2019 6:01 PM
**To:** louisvmartinez14@gmail.com
**Cc:** kbparkerlaw@gmail.com; Kim.Roark@hklaw.com; Liz Zaharas; Chad@chadbarrlaw.com; Richard J. Diaz, P.A.; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com
**Subject:** RE: State Farm / Muse

All,

I'm following up on my email below. We asked you all to provide your availability for additional depositions in July from the 11th through the end of that month, by Monday. To date, only Mr. Martinez has responded providing a few dates when he is unavailable.

We are again asking that you assess your calendars and provide that information by tomorrow. We are trying to be flexible with your calendars and are thus attempting to schedule these additional depositions as far out as is feasible but we need your cooperation in order to do so.

Thanks,
Caitlin

**Caitlin F. Saladrigas | Holland & Knight**
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

2

**From:** Saladrigas, Caitlin F (WPB - X28349)
**Sent:** Friday, April 12, 2019 11:44 AM
**To:** 'Louis Martinez' <louisvmartinez14@gmail.com>
**Cc:** kbparkerlaw@gmail.com; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; liz@rjdpa.com; Chad@chadbarrlaw.com; rick@rjdpa.com; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>
**Subject:** RE: State Farm / Muse

Thanks for your response, Louis. Karen, we will work with your schedule. Please let us know as soon as you can whether the case is going to trial.

Please hold the dates June 17, 18, and 20 for depo. We intend to notice those for deposition by next week. Also, please send additional dates for depositions from July 11th through the end of that month so that we can set additional witnesses for deposition. If you can get back to us with those dates by Monday we'd appreciate it.

Thanks,
Caitlin

**Caitlin F. Saladrigas | Holland & Knight**
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

---

**From:** Louis Martinez <louisvmartinez14@gmail.com>
**Sent:** Friday, April 12, 2019 10:58 AM
**To:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Cc:** kbparkerlaw@gmail.com; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; liz@rjdpa.com; Chad@chadbarrlaw.com; rick@rjdpa.com; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>
**Subject:** Re: State Farm / Muse

*[External email, exercise caution]*

I apologize for the delay. I am available June 17, 18 and 20th.

Louis V. Martinez

Sent from my iPhone

On Apr 12, 2019, at 10:11 AM, <Caitlin.Saladrigas@hklaw.com> <Caitlin.Saladrigas@hklaw.com> wrote:

> Karen,
>
> Please confirm whether the trials you have scheduled are specially set and what the time frame is for each. Your client is not one of the initial individuals we intend to depose so it shouldn't require much time on your part to prepare for these depositions.

3

Thanks,
Caitlin

**Caitlin F. Saladrigas | Holland & Knight**
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

**From:** Karen B. Parker <kbparkerlaw@gmail.com>
**Sent:** Wednesday, April 10, 2019 8:34 PM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>
**Cc:** liz@rjdpa.com; Chad@chadbarrlaw.com; rick@rjdpa.com; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** Re: State Farm / Muse

*[External email, exercise caution]*

I have 2 trials the week of 6/17

Sent from my iPhone

On Apr 10, 2019, at 4:45 PM, <Kim.Roark@hklaw.com> <Kim.Roark@hklaw.com> wrote:

> Chad and Liz (on behalf of Mr. Diaz) – please hold June 17, 18 & 20 for Plaintiff to take the depositions of Noel Santos, Jose Gomez-Cortes and the corporate representative of Health and Wellness Services, Inc. I am waiting to hear back from Ms. Parker, Mr. Martinez and Mr. Carrazana on their availability in June. If you could please get back to us as soon as possible it would be appreciated, if not, no later than April 11.
>
> Thank you - Kim
>
> **Kim Roark | Holland & Knight**
> Senior Legal Secretary
> Holland & Knight LLP
> 222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401

4

Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

From: Liz Zaharas <liz@rjdpa.com>
Sent: Wednesday, April 10, 2019 4:11 PM
To: Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; Chad@chadbarrlaw.com; kbparkerlaw@gmail.com; Richard J. Diaz, P.A. <rick@rjdpa.com>
Cc: paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
Subject: RE: State Farm / Muse

*[External email, exercise caution]*

Mr. Diaz is not available at all in May due to a trial and is on vacation early June. He is also available June 24 or 25

**Elizabeth Zaharas**
**Richard J. Diaz, P.A.**
**3127 Ponce de Leon Blvd.**
**Coral Gables, FL  33134**
**Telephone: 305-444-7181**
**Facsimile: 305-444-8178**

From: Kim.Roark@hklaw.com [mailto:Kim.Roark@hklaw.com]
Sent: Wednesday, April 10, 2019 4:14 PM
To: Chad@chadbarrlaw.com; Liz Zaharas; kbparkerlaw@gmail.com; Richard J. Diaz, P.A.
Cc: paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com; Caitlin.Saladrigas@hklaw.com
Subject: RE: State Farm / Muse

Just to confirm - are those the only dates that you are available for deposition during the months of May and June?  Thanks – Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

5

**From:** Chad Barr <Chad@chadbarrlaw.com>
**Sent:** Wednesday, April 10, 2019 4:07 PM
**To:** Liz Zaharas <liz@rjdpa.com>; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; kbparkerlaw@gmail.com; Richard J. Diaz, P.A. <rick@rjdpa.com>
**Cc:** Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** RE: State Farm / Muse

*[External email, exercise caution]*

I am available on 6/17, 6/18, 6/20

**CHAD A. BARR, ESQUIRE**
**CHAD BARR LAW**
986 Douglas Avenue
Altamonte Springs, FL 32714
(407)599-9036 – Office
www.ChadBarrLaw.com
<image001.jpg>
<image002.jpg><image003.png>

**From:** Liz Zaharas <liz@rjdpa.com>
**Sent:** Wednesday, April 10, 2019 3:38 PM
**To:** Kim.Roark@hklaw.com; kbparkerlaw@gmail.com; Richard J. Diaz, P.A. <rick@rjdpa.com>
**Cc:** Chad Barr <Chad@chadbarrlaw.com>; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com; Caitlin.Saladrigas@hklaw.com
**Subject:** RE: State Farm / Muse

Attorney Richard Diaz on behalf of Lazaro Muse, Beatriz Muse, Medical Wellness and Noel Santos is available June 17, 18, 19, 20 and 21.

**From:** Kim.Roark@hklaw.com [mailto:Kim.Roark@hklaw.com]
**Sent:** Wednesday, April 10, 2019 1:26 PM
**To:** kbparkerlaw@gmail.com
**Cc:** Chad@chadbarrlaw.com; Richard J. Diaz, P.A.; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com; Caitlin.Saladrigas@hklaw.com
**Subject:** RE: State Farm / Muse

Thank you – however I was looking for all available dates that everyone was available during the months

6

of May and June. Not just the ones that I had previously sent around. Sorry for the confusion.

Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

**From:** Karen Parker <kbparkerlaw@gmail.com>
**Sent:** Wednesday, April 10, 2019 1:19 PM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>
**Cc:** Chad@chadbarrlaw.com; Richard J. Diaz, P. A. <rick@rjdpa.com>; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; Parker Law Karen B. Parker, Esq. <kparker@kbparkerlaw.com>; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** Re: State Farm / Muse

*[External email, exercise caution]*

See my response for availability

On Wed, Apr 10, 2019 at 1:16 PM <Kim.Roark@hklaw.com> wrote:

> All – after the last couple of emails regarding dates for depositions, I think the best way to handle this task is to have everyone provide me with your availability for the months of May and June - I will then gather everyone's availability on one calendar and circle back with everyone. If you could please get back to me by Thursday, April 11 it would be greatly appreciated.
>
> Thank you and I look forward to hearing from you.

7

Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

**From:** Chad Barr <Chad@chadbarrlaw.com>
**Sent:** Tuesday, April 9, 2019 2:28 PM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; kbparkerlaw@gmail.com
**Cc:** rick@rjdpa.com; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** RE: State Farm / Muse

*[External email, exercise caution]*

The 18th and 19th of June work for me, but the earlier dates in June do not. I am out of town for vacation the first two weeks of June.

**CHAD A. BARR, ESQUIRE**

**CHAD BARR LAW**

986 Douglas Avenue

Altamonte Springs, FL 32714

(407)599-9036 – Office

8

www.ChadBarrLaw.com

<image001.jpg>

<image004.jpg><image005.png>

**From:** Kim.Roark@hklaw.com <Kim.Roark@hklaw.com>
**Sent:** Tuesday, April 09, 2019 1:10 PM
**To:** kbparkerlaw@gmail.com
**Cc:** Chad Barr <Chad@chadbarrlaw.com>; rick@rjdpa.com; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; David.Spector@hklaw.com; Caitlin.Saladrigas@hklaw.com
**Subject:** RE: State Farm / Muse

All – based upon Ms. Parker's availability we have revised the deposition dates below – please let us know your availability by Wednesday, April 10

Noel Santos:  June 11

Jose Gomez-Cortes:  June 14

Corporate rep of Health and Wellness:  June 18 or 19

Thank you and we look forward to hearing from you.

9

# Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

**From:** Karen B. Parker <kbparkerlaw@gmail.com>
**Sent:** Monday, April 8, 2019 4:40 PM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>
**Cc:** Chad@chadbarrlaw.com; rick@rjdpa.com; paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** Re: State Farm / Muse

*[External email, exercise caution]*

I'm available on the 11th or 14 June

Sent from my iPhone

On Apr 8, 2019, at 4:33 PM, <Kim.Roark@hklaw.com> <Kim.Roark@hklaw.com> wrote:

10

All - since Ms. Parker is unavailable on the below dates, please let us know your availability on the following dates:

Noel Santos: June 6

Jose Gomez-Cortes: June 10 or 11

Corporate rep of Health and Wellness: June 14 or 17

Thank you and if you could kindly get back to us no later than Wednesday, April 10 with your availability

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

**From:** Karen B. Parker <kbparkerlaw@gmail.com>
**Sent:** Monday, April 8, 2019 2:45 PM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>
**Cc:** Chad@chadbarrlaw.com; rick@rjdpa.com;

11

paralegal@chadbarrlaw.com; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; christian@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** Re: State Farm / Muse

*[External email, exercise caution]*

---

I represent Lorites. I am out of the state 5/17 through 5/29

Sent from my iPhone

On Apr 8, 2019, at 2:28 PM, <Kim.Roark@hklaw.com> <Kim.Roark@hklaw.com> wrote:

> Since we have heard back from Mr. Barr indicating that he is not available on the dates originally provided, please let us know your availability on the following dates:
>
> Noel Santos: May 20
>
> Jose Gomez-Cortes: May 22 or 23
>
> Corporate rep of Health and Wellness: May 29 or 30

12

If you could kindly get back to us Wednesday, April 10 with your availability.

Thank you - Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

**From:** Chad Barr <Chad@chadbarrlaw.com>
**Sent:** Monday, April 8, 2019 10:32 AM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; rick@rjdpa.com; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com; kparker@kbparkerlaw.com; kbparkerlaw@gmail.com; christian@carrazana-legal.com
**Cc:** Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Subject:** RE: State Farm / Muse

*[External email, exercise caution]*

13

Folks,

In response to the attached letter, I will speak with my client about whether I will be appearing via phone or in person, but I will more than likely be appearing via telephone.

That being said, I am not available on the dates provided. I apologize, but please send additional dates.

Thanks.

**CHAD A. BARR, ESQUIRE**

**CHAD BARR LAW**

986 Douglas Avenue

Altamonte Springs, FL 32714

(407)599-9036 – Office

www.ChadBarrLaw.com

<image006.jpg>

<image004.jpg><image002.png>

**From:** Kim.Roark@hklaw.com <Kim.Roark@hklaw.com>
**Sent:** Friday, April 05, 2019 3:01 PM
**To:** rick@rjdpa.com; Chad Barr <Chad@chadbarrlaw.com>; Paralegal <paralegal@chadbarrlaw.com>; louisvmartinez@aol.com; louisvmartinez14@gmail.com;

14

kparker@kbparkerlaw.com;
kbparkerlaw@gmail.com; christian@carrazana-legal.com
**Cc:** David.Spector@hklaw.com; Caitlin.Saladrigas@hklaw.com
**Subject:** State Farm / Muse

Good afternoon – please see attached correspondence from David Spector.

Thank you - Kim

**Kim Roark | Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

--
Karen B. Parker, Esquire
Direct: 305-343-8339
Pursuant to Rule 2.516 of Florida Rules of Judicial Administration, and the Supreme Court decision SC 10-2101 regarding E-Mail Service Rule hereby designate the following email addresses for the purposes of receiving Court Documents. kbparkerlaw@gmail.com

# Holland & Knight

222 Lakeview Avenue, Suite 1000 | West Palm Beach, FL 33401 | T 561.833.2000 | F 561.650.8399
Holland & Knight LLP | www.hklaw.com

David I. Spector
+1 561-650-8304
David.Spector@hklaw.com


April 5, 2019


Via E-mail (rick@rjdpa.com, chad@chadbarrlaw.com, paralegal@chadbarrlaw.com, louisvmartinez14@gmail.com, louisvmartinez@aol.com, kparker@kbparkerlaw.com, kbparkerlaw@gmail.com and christian@carrazana-legal.com)

| | |
|---|---|
| Richard Diaz, Esq. <br> 3127 Ponce de Leon Blvd. <br> Coral Gables, FL 33134 | Chad A. Barr, Esq. <br> Law Office of Chad A. Barr, PA <br> 986 Douglas Avenue <br> Suite 100 <br> Altamonte Springs, FL 32714 |
| Louis V. Martinez, Esq. <br> Louis V. Martinez, PA <br> 2333 Brickell Avenue <br> Suite A1 <br> Miami, FL 33129 | Karen B. Parker, Esq. <br> Karen B. Parker, PA <br> 2550 South Bayshore Drive <br> Suite 102 <br> Coconut Grove, FL 33133 |
| Jose Gomez-Cortes, MD <br> 1840 West 49th Street <br> Suite 304 <br> Hialeah, FL 33012 | Christian Carrazana, Esq. <br> Christian Carrazana, P.A. <br> PO Box 900520 <br> Homestead, FL 33090-0520 |

Re:   *State Farm Mutual Automobile Insurance Co., et al. v. Health and Wellness Services, Inc.*, No. 18-CV-23125 (S.D. Fla.)
Scheduling of Initial Depositions

All:

As counsel for State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively the "State Farm Plaintiffs"), we intend to begin setting witnesses for deposition. We intend to depose the following individuals on the dates indicated below. Please confirm whether you intend to attend the deposition and if so, whether you are available to attend on the dates indicated. Further, if you represent the witness the State Farm Plaintiffs intend to depose, please also confirm their availability.

April 5, 2019
Page 2

| WITNESS | DATE | TIME | LOCATION |
|---|---|---|---|
| Noel Santos | May 6, 2019 | 9:30 am | Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131 |
| Jose Gomez-Cortes | May 9, 2019 | 9:30 am | Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131 |
| Corporate Representative of Health and Wellness Services, Inc. | May 15, 2019 | 9:30 am | Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131 |

Please confirm your and/or your client's availability for the above depositions on or before Tuesday, April 9, 2019. Upon receipt of your confirmation, we will send out deposition notices.

Please contact our office with any questions.

Regards,

HOLLAND & KNIGHT LLP

David I. Spector

DIS:kr

#66491414_v1