UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANT and STATE
FARM FIRE and CASUALTY
COMPANY

       Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC., BEATRIZ MUSE, LAZARO MUSE, HUGO GOLDSTRAJ, MANUEL FRANCO, **MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS**, ANGEL CARRASO, JORGE RAFAEL COLL, PAIN RELIEF CLINIC OF HOMESTEAD, CORP., JESUS LORITES and JOSE GOMEZ-CORTES,

       Defendants.
_____/

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO REOPEN DISCOVERY [D.E. 150]**

Defendants, **MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE** and **BEATRIZ MUSE** ("Defendants"), file their Reply and state as follows:

1. Plaintiffs have filed a twelve (12) page response in opposition to Defendants' motion to reopen limited discovery [D.E. 143] essentially arguing that Defendants' motion should be denied because Defendants failed to act with due diligence in seeking to take the subject co-defendant depositions before the fact discovery cut off; and, that the taking of these two depositions may impact the Court's scheduling order.

2. Ironically and simultaneously, as a courtesy to the Plaintiffs and in good faith, Defendants have agreed to the depositions of co-defendant Manuel Franco (set for September 27, 2019), of witness Annalie Campa (set for October 2, 2019), and of co-defendant Jesus Lorites (set for October 14, 2019) to take place well after the fact witness discovery cut-off date[1].

3. The Defendants did not object to extending the fact discovery deadline to accommodate Plaintiffs taking these depositions requiring them to seek court intervention. Quite the opposite.

4. Moreover, Plaintiffs have recently filed a motion for leave to amend the complaint - almost one year after the deadline to amend the pleadings - ignoring their own argument that such a request at this stage in the litigation will certainly impact the scheduling order.

5. Thus, it is Plaintiffs themselves who have failed to act with due diligence in seeking leave to amend the complaint and setting fact witness depositions outside of the scheduling order deadlines.

6. Plaintiffs' obstinate position resulting in litigating this instant motion is merely to delay in the hopes that more time passes and this Court will be inclined to deny Defendants' motion.

WHEREFORE, Defendants pray this Court enter an order granting the reopening of discovery for the limited purpose of accomplishing two depositions.

---

[1] August 30, 2019.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL    33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 1st day of October, 2019.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.