UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,

Plaintiffs,

v.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE, HUGO
GOLDSTRAJ, MANUEL FRANCO, MEDICAL
WELLNESS SERVICES, INC., NOEL SANTOS,
ANGEL CARRASCO, JORGE RAFAEL COLL,
PAIN RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, AND JOSE GOMEZ-CORTES,

Defendants.

### DEFENDANT, HEALTH AND WELLNESS SERVICES INC. MOTION FOR EXTENSION OF TIME TO FILE MOTIONFOR SUMMARY JUDGEMENT

COMES NOW, The DEFENDANT HEALTH AND WELLNESS SERVICES INC., by and through their undersigned attorney pursuant to the Florida Rules of Civil Procedures and hereby files this Motion for Extension of Time to file their Motion for Summary Judgement and as grounds therefore states:

1) The Court's Scheduling Order requires the parties to file their dispositive motion today October 30, 2019.

2) The Undersigned attorney is a solo practitioner and   has several deadlines that he is in the process of resolving.

3) The Complaint and its accompanying documents are over 100 pages in length.

4) The undersigned attorney is requesting a one-week extension to file their Motion for Summary Judgment.

5) The undersigned counsel represents and certifies that a good faith effort to address the matter of the requested extension of time with the Plaintiff's Counsel took place via Email today on October 30, 2019 pursuant to Local Rule 7.1 (a)(3). Plaintiff's counsel objects to the relief requested herein.

**WHERFORE,** the Defendant, HEALTH AND WELLNESS SERVICES INC. requests that this Honorable Court grant the extension of to file their Motion for Summary Judgment until November 6, 2019.

Respectfully Submitted.

Louis V. Martinez_____
Louis V. Martinez ESQ.
Law Offices of Louis V. Martinez
2333 Brickell Ave Suite A-1
Miami Fl. 33129
FBN: 528862
*Tel: (305)764-3834*
Fax: *(305)764-3834*
Email: louisvmartinez14@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019, I served the foregoing document on Plaintiffs' counsel: David Spector, Esq., david.spector@hklaw.com , Caitlin Saladrigas, Esq., Caitlin.saladrigas@hklaw.com. and David Newman Esq. David.Newman@hklaw.com.

                                                 Louis V. Martinez\_\_\_\_\_
                                                 Louis V. Martinez Esq.