**MEDICAL WELLNESS SERVICES, INC.**
**3850 SW 87 AVE. STE. 207**
**MIAMI, FL 33165**
**PH: (305)226.7222   FAX: (305)226.7225**

MONTH: August 2013

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:** | **SERVICE DATE:**
--- | ---
Luis B. Rivera | 8/21/13
Jose Pereira | 8/29/13
Lisdany Pereira | 8/19/13
Jesus Gonzalez | 8/21/13
Reyna Guzman | 8/13/13
Saily del Pino | 8/26/13
Rolando Hernandez | 8/27/13
Jaime Fernandez | 8/19/13

**REQUIRED BILLING REVIEW**

✓ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

✓ I have not discovered any unlawful charges; OR

___ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

☐ SUPERBILL    ☐ HC1500    ☐ INS/MCARE EOB.    ☐ ELECTRONIC REPORT

Dr. Angel M. Carrasco.
ANGEL M. CARRASCO, MD
Medical/Clinical Director
Specialty
License Number 82150
Date: 8/26/13

**MEDICAL WELLNESS SERVICES, INC.**
**3850 SW 87 AVE. STE. 207**
**MIAMI, FL 33165**
**PH: (305)226.7222   FAX: (305)226.7225**

MONTH: July 2013

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:** | **SERVICE DATE:**

| Patient Name | Service Date |
|---|---|
| Jose L. Hernandez | 7/05/2013 |
| Judy G. Varela | 7/08/2013 |
| Anibal Solivan | 7/08/2013 |
| Dania Rodriguez | 7/10/2013 |
| Taema Hani | 7/11/2013 |
| David Martinez | 7/11/2013 |
| Asnay Gontalet | 7/11/2013 |
| Anniurka Alonso | 7/11/2013 |

**REQUIRED BILLING REVIEW**

☑ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

☑ I have not discovered any unlawful charges; OR

___ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

☐ SUPERBILL    ☐ HC1500    ☐ INS/MCARE EOB.    ☐ ELECTRONIC REPORT

_[signature]_
ANGEL M. CARRASCO, MD.
Medical/Clinical Director

Medical Director
Specialty

84150
License Number
Date: 7/29/2013

# MEDICAL WELLNESS SERVICES, INC.
## 3850 SW 87 AVE. STE. 207
## MIAMI, FL 33165
### PH: (305)226.7222   FAX: (305)226.7225

MONTH: *May 2013*

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:** | **SERVICE DATE:**
--- | ---
Edenia Consuegra | 5/06/2013
Hanoi Cano | 5/9/2013
Vanessa De las Casas | 5/06/2013
Jeosquelbys Santana | 5/06/2013
Lishay Santana | 5/06/2013
Ludmila Rodriguez | 5/06/2013
Angel Somarriba | 5/02/2013
Angel Lamberto | 5/09/2013

**REQUIRED BILLING REVIEW**

___ ✓ conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

___ ✓ I have not discovered any unlawful charges; OR

___ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

SUPERBILL ☐   HC1500 ☐   INS/MCARE EOB. ☐   ELECTRONIC REPORT ☐

Dr Angel M. Carrasco
ANGEL M. CARRASCO, MD.
Medical/Clinical Director.

Specialty

82190
License Number
Date: 5/9/2013

# MEDICAL WELLNESS SERVICES, INC.
## 3850 SW 87 AVE. STE. 207
## MIAMI, FL 33165
## PH: (305)226.7222   FAX: (305)226.7225

**MONTH:** April/2013

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:** | **SERVICE DATE:**
--- | ---
Greisi Garcia | 4/01/2013
Isabel M. Estrada | 4/4/2013
Anamarilis Capote | 4/11/2013
Alejandro E. Vilches | 4/11/2013
Juan M. Aguilar | 4/01/2013
Maikel Aguilar | 4/01/2013
Maribel Quintero | 4/01/2013

**REQUIRED BILLING REVIEW**

✓ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

✓ I have not discovered any unlawful charges; OR

____ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

☐ SUPERBILL   ☐ HCI500   ☐ INS/MCARE EOB.   ☐ ELECTRONIC REPORT

*[signature]*
ANGEL M. CARRASCO, MD.
Medical/Clinical Director.

Specialty _____

License Number  82150
Date: 4/11/2013

**MEDICAL WELLNESS SERVICES, INC.**
**3850 SW 87 AVE. STE. 207**
**MIAMI, FL 33165**
**PH: (305)226.7222   FAX: (305)226.7225**

MONTH: _March 2013_

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:**   **SERVICE DATE:**

| Patient | Date |
|---|---|
| Hariel Luis Puerto | 3/21/2013 |
| Mabel Puerto | 3/21/2013 |
| Alberto L. Bolaños | 3/21/2013 |
| Larry H. Jimenez | 3/22/2013 |
| Ricelo Valolei | 3/28/2013 |
| Barbara Bulnes | 3/28/2013 |
| Julio R. Cabrera | 3/28/2013 |
| Dunia Gonzalez | 3/28/2013 |

**REQUIRED BILLING REVIEW**

✓ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

✓ I have not discovered any unlawful charges; OR

___ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

☐ SUPERBILL    ☐ HC1500    ☐ INS/MCARE EOB.    ☐ ELECTRONIC REPORT

ANGEL M. CARRASCO, MD.
Medical/Clinical Director.
Specialty _____
License Number  82150
Date: 03/28/2013

# MEDICAL WELLNESS SERVICES, INC.
## 3850 SW 87 AVE. STE. 207
## MIAMI, FL 33165
## PH: (305)226.7222   FAX: (305)226.7225

**MONTH:** December, 2013

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:** | **SERVICE DATE:**
--- | ---
Yenys Gonzalez | 12/13/2012
Eysler Ramos Valdes | 12/13/2012
Aliena Carrera | 12/13/2012
Antonio Lago | 12/13/2012
Freddy Delgado | 12/13/2012
Jose M. Pujol | 12/17/2012
Jose C. Alfonso | 12/13/2012
Juan E. Sardaef | 12/13/2012

**REQUIRED BILLING REVIEW**

✓ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

✓ I have not discovered any unlawful charges; OR

_____ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:**

☐ SUPERBILL  ☐ HC1500  ☐ INS/MCARE EOB.  ☐ ELECTRONIC REPORT

ANGEL M. CARRASCO, MD.
Medical/Clinical Director
Specialty
82190
License Number
Date: 12/13/2012

# MEDICAL WELLNESS SERVICES, INC.
## 3850 SW 87 AVE. STE. 207
## MIAMI, FL 33165
## PH: (305)226.7222  FAX: (305)226.7225

**MONTH:** October 2012

## SYSTEMATIC BILLING REVIEW

**PATIENT NAME REVIEWED:**

- Evelio La Rosa
- Lilia Ponce
- Jose A. Perez
- Rafael Consuegra
- Saicly Mendoza

**SERVICE DATE:**

- 10/08/12
- 10/17/12
- 10/15/12
- 10/31/12
- 10/31/12

**REQUIRED BILLING REVIEW**

✓ I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND

_____ I have not discovered any unlawful charges; OR

_____ I have discovered an unlawful charge and took the following immediate corrective action:

**Comments:** _____

☐ SUPERBILL     ☐ HCF500     ☐ INS/MCARE EOB     ☐ ELECTRONIC REPORT

ANGEL M. CARRASCO, MD.
Medical/Clinical Director.

Specialty

License Number: 82190
Date: 10/20/2012