UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY

    Plaintiffs,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE, HUGO
GOLDSTRAJ, MANUEL FRANCO, MEDICAL
WELLNESS SERVICES, INC., NOEL SANTOS,
ANGEL CARRASO, JORGE RAFAEL COLL,
PAIN RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES and JOSE GOMEZ-CORTES,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, HUGO GOLDSTRAJ

Pursuant to S.D. Fla. L R. 7.1, Michael D. Nicoleau, Esq., of Nicoleau Law, hereby files this motion to withdraw as counsel for Defendant, Hugo Goldstraj ("Goldstraj") and in support thereof, states as follows:

1. The undersigned counsel has been retained by Goldstraj to represent him in this matter.

2. Goldstraj has informed the undersigned that he lacks the financial resources needed to meet the anticipated legal fees and costs for undersigned to defend this case.

3. Goldstraj has been apprised of the implications of the withdrawal of the undersigned counsel at this time, and Goldstraj has represented that going forward he will represent himself pro se.

4. The undersigned is not filing this motion for purposes of delay or any other improper purpose.

5. There will be no undue prejudice to any of the parties resulting from the undersigned attorney's withdrawal.

6. In accordance with Local Rule 7.1(A)(3), the undersigned emailed a draft of this motion to all counsels of record who do not object to the relief sought herein.

WHEREFORE, the undersigned counsel respectfully request that this Court enter an Order 1) granting this Motion to Withdraw; 2) authorizing Michael D. Nicoleau, Esq. and the law firm of Nicoleau Law to withdraw as counsel of record for Defendant, Hugo Goldstraj; 3) relieving Michael D. Nicoleau and the law firm of Nicoleau Law of any and all further obligations on behalf of Defendant, Hugo Goldstraj; 4) Mr. Goldstraj will now represent himself pro se and filings and correspondence should be sent to Hugo Goldstraj at 3029 NE 188 Street, Apt. 305, Aventura, Florida 33180 email: rascovanm@gmail.com and phone number 954-547-9505.

I HEREBY CERTIFY that a true and correct copy of this document was electronically served through the CM/ECF system this 7th day of November 2019 to all parties of record.

NICOLEAU LAW
By */s/ Michael D. Nicoleau*

Michael D. Nicoleau, Esq.
Florida Bar No.: 256810
11900 Biscayne Blvd., Suite 770
Miami, Florida 33181
Tel.: (305) 438-7883
Fax.: (786) 475-9022
Email: michael@nicoleaulaw.com