UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANT and STATE
FARM FIRE and CASUALTY
COMPANY

    Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
**MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS**, ANGEL CARRASO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES and
JOSE GOMEZ-CORTES,

    Defendants.
_____/

### AFFIDAVIT OF LAZARO MUSE

STATE OF FLORIDA    )
                           )ss:
COUNTY OF MIAMI DADE  )

1. My name is Lazaro Muse. I am over the age of 18 and am competent to testify to the matters and facts set forth herein, known to my personal knowledge to be true and correct.

2. I am a Defendant in this case.

Ex. A

3. During the relevant time period, I provided consulting services to the three defendant clinics- Medical Wellness Services, Inc., Health & Wellness Services, Inc. and Pain Relief.

4. I declare that I was never an owner, part owner or silent owner of the three defendant clinics- Medical Wellness Services, Inc., Health & Wellness Services, Inc. and Pain Relief.

5. Likewise, I did not hire any of the medical directors for any of those three clinics.

6. I declare that I was never an owner or part owner or silent owner of Confidence Billing.

7. With regards to the allegations that I served as a "business consultant" to MW and did not have a legally required business associate agreement, the Plaintiffs have never shown me a law, rule or statue that required such an agreement. In any event, I had full consent of MW to perform my consulting duties for MW which I faithfully performed.

_____
LAZARO MUSE

SWORN TO AND SUBSCRIBED before me this 13 day of November, 2019.

_____
NOTARY PUBLIC, State of Florida
Elizabeth Zaharas
Printed, typed or stamped
commissioned name of Notary Public

___ Personally Known to me
or
___ Produced Identification
Type of Identification produced:
_____



ELIZABETH ZAHARAS
Notary Public-State of Florida
Commission # GG 307792
My Commission Expires
March 05, 2023