UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-23125-RNS

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY and STATE FARM FIRE AND CASUALTY
COMPANY,

      Plaintiff,

v.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUS, LAZARO MUSE, HUGO
GOLDSTRAJ, MAMUEL FRANCO, MEDICAL
WELLNESS SERVICES, INC,, NOEL SANTOS,
ANGEL CARRASCO, JORGE RAFAEL COLL,
PAIN RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, AND JOSE GOMEZ-CORTES,

      Defendants.

_____/

## DEFENDANT JESUS LORITES' AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      **BEFORE ME**, the undersigned authority, personally appeared, JOHN H. RUIZ, who, after being duly sworn, deposes and says as follows:

1.     My name is JESUS LORITES.  I am over the age of 18 and I have personal knowledge of the facts contained herein.

2.     I am a medical doctor, licensed to practice medicine in the State of Florida since 2006.

3.     My practice is in family medicine and I do not possess any certifications in any area of specialty.

4.      I have never been disciplined or sanctioned, nor have I ever been involved in any illegal or fraudulent activity in my 30 years of practicing medicine.

5.      On or about June 15, 2010, I was approached by Ulises Salgado Acevedo about becoming the Medical Director of a new medical clinic he opened called Pain Relief Clinic of Homestead Corp.

6.      I never met or knew Lazaro Muse, Beatrice Muse or Noel Santos of this case.

7.      I had nothing to do with Health and Wellness Services, Inc. or Medical Wellness Services, Inc.

8.      I was hired by Ulises Salgado Acevedo, solely as the Medical Director of Pain Relief Clinic.

9.      I was not hired to perform any medical treatment on patients of Pain Relief Clinic.

10.     I never performed any consultations, diagnostic testing or treatment of any patient of Pain Relief Clinic of Homestead corp.

11.     Unbeknownst to me, Jose Artiles became a part owner of Pain Relief Clinic on August 24, 2012 and on April 1, 2013, Ulises Salgado Acevedo resigned.

12.     It was at that time when Ulises Salgado Acevedo resigned that I also resigned from my position as Medical Director of Pain Relief Clinic of Homestead corp.

13.     I do not know nor have I ever met Daniel Collazo who purportedly took over as the owner of Pain Relief Clinic on or about July 8, 2013.

14.     I had no relationship whatsoever with Dr. Jose Gomez-Cortes who was the treating physician at Pain Relief Clinic and became the Medical Director after my resignation.

15.     I did not participate in the selection of Dr. Jose Gomez-Cortes or any other employee working at Pain Relief Clinic.

16.     I did not participate in the day to day operations of the Pain relief Clinic.

17.    The Administration of Pain Relief Clinic was the sole responsibility of Ulises Salgado Acevedo who was in the office on a daily basis and ran the day to day operations including the hiring and firing of employees, the schedule of the Clinic, the scheduling of patients, the scheduling of the treating physicians, the salaries, the contracts with third-parties, advertising and submission of billing to the billing company.

18.    Prior to my accepting the position as Medical Director of Pain Relief Clinic, I had been the Medical Director of various other medical clinics and I have never been accused of violating ACHA Regulations or Florida Statutes in the supervision or operation of any medical clinic.

19.    I undertook to completely review and become familiar with the laws and regulations which apply to medical directors in the State of Florida and I was well informed of the scope of my responsibilities as a Medical Director for Pain Relief Clinic and the other clinics I was affiliated with.

20.    I also relied on the legal advice that I sought in order to perform my responsibilities as a Medical Director.

21.    In my position as Medical Director of Pain Relief Clinic, I was solely responsible for ACHA compliance, including being the Records Custodian.

22.    I did all what was required under ACHA and in fact, I participated in and obtained certifications of compliance from AHCA for Pain Relief Clinic. (See attached as Exhibit A).

23.    I performed above and beyond the ACHA requirements including participating in online training studies; received and passed initial AHCA evaluation and recommendations from ACHA trained inspectors;

24.  I performed above and beyond the ACHA requirements when I contracted and paid with my own money for an expert, independent and state licensed company to oversee and verify not only my job and duties, but also to help me identify any irregularities that may go beyond my knowledge and expertise;

25.  I performed above and beyond the ACHA requirements when I secure legal counsel with my own money to evaluate my competence as an AHCA Medical Director during my tenure at Pain Relief Clinic.

26.  I undertook my duties and responsibilities as the Medical Director of Pain Relief Clinic of Homestead corp. in utilizing specific forms (see attached as Exhibit B) to perform monthly random audits of patient files to make sure that the billing prepared and submitted to the insurance carriers was done so properly.  The completed forms that I used were maintained in large notebooks that were kept on the premises of Pain Relief Clinic of Homestead corp. and where they remained upon my resignation.

27.  The forms used for monthly random audits (Exhibit B) was created based on AHCA requirements for a Medical Director to reflect every single responsibility outline by AHCA.

28.  According to AHCA … *"Health care providers are routinely inspected to ensure the provider is operating in compliance with applicable Florida Statutes, Florida Administrative Code and applicable federal regulations, in a manner that protects the health and safety of their residents or patients."* The forms used for monthly random audits (Exhibit B) was submitted and approved by AHCA upon initial application and inspection done to Pain Relief Clinic for the licensure and regulation compliance of the center as a health care provider.

29.    The forms used for monthly audits (Exhibit B) was Re-evaluated, approved and validated on subsequent AHCA inspections.

30.    Neither the initial nor the subsequent AHCA inspections found any deficiencies or irregularities as to my duties as the Medical Director.

31.    In furtherance of my responsibilities as Medical Director, I hired a third-party auditing company, Doctor's Choice Billing Services, to conduct random audits of patient files.  (See attached as Composite Exhibit C).

32.    I made sure that any improprieties in the patient medical records and billings pointed out the Doctor's Choice Billing Services, were properly addressed with the staff or owner of Pain Relief Clinic.

33.    I made sure that all licensed employees of the Pain Relief Clinic of Homestead corp. were qualified, validated and current and in good standing, including the treating physicians.

34.    I never signed a Form 1500 Health Insurance Claim Form as I did not treat any patient.

35.    It was not my responsibility nor my obligation to criticize the diagnosis or treatment of patients at Pain Relief Clinic of Homestead corp. and ACHA did not require me to impose my opinion as to the proper treatment by a certain specialist of a patient at Pain Relief Clinic or any clinic.

36.    I had nothing to do with nor did I have any input in the treatment plan or the amount of money that was charged for patients seen at Pain Relief Clinic of Homestead corp.

37.    I received a paycheck of $2,000.00 per month.

38.    I did not receive nor benefit in any way, from any monies received by Pain Relief Clinic of homestead corp. from any insurance carrier, including State Farm.

39.     I had nothing to do with nor was I required to be involved in the collection of co-

payments or deductibles.

AFFIANT SAYETH NOTHING FURTHER.

JESUS LORITES

Sworn to and subscribed before me
this _13_ day of November, 2019

NOTARY PUBLIC
My Commission Expires

KAREN PARKER
Commission # GG 119163
Expires July 21, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

**A**

PRINTED: 08/20/2010
FORM APPROVED

Agency for Health Care Administration

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **LC9315** | A. BUILDING _____<br>B. WING _____ | **08/19/2010** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **PAIN RELIEF CLINIC OF HOMESTEAD CORP** | **311 NE 8 ST STE 101**<br>**HOMESTEAD, FL  33030** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| U 000 | Initial Comments<br><br>A State Licensure Survey was conducted on 08/19/10. There were no discernable deficiencies noted at the time of the Initial Licensure Survey. | U 000 | | |

AHCA Form 3020-0001

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE                    (X6) DATE

STATE FORM                    021199                    H8P211                    If continuation sheet  1 of 1



| CHARLIE CRIST | **Better Health Care for all Floridians** | THOMAS W. ARNOLD |
| GOVERNOR | | SECRETARY |

August 25, 2010

Administrator
Pain Relief Clinic Of Homestead Corp
311 Ne 8 St, Ste 101
Homestead, FL  33030

Dear Administrator:

This letter reports findings of a State Licensure survey that was conducted on August 19, 2010 by a representative of this office. Attached is the provider's copy of the State (3020) Form, which indicates there were no discernible deficiencies noted on the date of the survey.

The Quality Assurance Questionnaire has long been employed to obtain your feedback following survey activity.  This form has been placed on the Agency's website at http://ahca.myflorida.com/Publications/Forms.shtml as a first step in providing a web-based interactive consumer satisfaction survey system.  You may access the questionnaire through the link under Health Facilities and Providers on this page.  Your feedback is encouraged and valued, as our goal is to ensure the professional and consistent application of the survey process.

Thank you for the assistance provided to the surveyor.  Should you have any questions please call Ernesto Castillejo, HFE Supervisor/Health Care Clinic Division at (305) 593-3100.

Sincerely,

*E Castillejo*
R. Steve Emling
Field Office Manager, Area 11


Enclosure: State (3020) Form



Headquarters
2727 Mahan Drive
Tallahassee, FL  32308
http://ahca.myflorida.com

Miami Field Office
8355 N.W. 53rd Street, First Floor
Miami, FL 33166
Phone (305) 593-3100: Fax (305) 499-2190

PRINTED: 10/12/2012
FORM APPROVED

Agency for Health Care Administration

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>**LC9315** | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>**10/11/2012** |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br>**PAIN RELIEF CLINIC OF HOMESTEAD CORP** | STREET ADDRESS, CITY, STATE, ZIP CODE<br>**311 NE 8 ST STE 101**<br>**HOMESTEAD, FL 33030** |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| U 000 | Initial Comments<br><br>There were no discernable deficiencies at the time of the renewal survey on 10/11/2012. The facility was found to be in compliance with Chapter 400, Part X, F.S. and Chapter 59A-33. F.A.C. | U 000 | | |

AHCA Form 3020-0001

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE                    (X6) DATE

STATE FORM                                   021199                    UG7D11                    If continuation sheet  1 of 1



FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

RICK SCOTT
GOVERNOR

**Better Health Care for all Floridians**

ELIZABETH DUDEK
SECRETARY

October 18, 2012

Administrator
Pain Relief Clinic Of Homestead Corp
311 NE 8th Street, Suite 101
Homestead, FL  33030

Dear Administrator:

This letter reports findings of a State Renewal Licensure survey that was conducted on October 11, 2012 by a representative of this office. Attached is the provider's copy of the State (3020) Form, which indicates there were no discernible deficiencies noted on the date of the survey.

The Quality Assurance Questionnaire has long been employed to obtain your feedback following survey activity.  This form has been placed on the Agency's website at http://ahca.myflorida.com/Publications/Forms.shtml as a first step in providing a web-based interactive consumer satisfaction survey system.  You may access the questionnaire through the link under Health Facilities and Providers on this page.  Your feedback is encouraged and valued, as our goal is to ensure the professional and consistent application of the survey process.

Thank you for the assistance provided to the surveyor. Should you have any questions please call Ernesto Castillejo, Operations & Management Consultant Manager / Health Care Clinic Division at (305) 593-3100.

Sincerely,

E. Castillejo

Arlene Mayo-Davis  *for*
Field Office Manager, Area 11

Enclosure: State (3020) Form



Headquarters
2727 Mahan Drive
Tallahassee, FL  32308
http://ahca.myflorida.com

Miami Field Office
8333 N.W. 53rd Street, Suite 300
Miami, FL 33166
Phone (305) 593-3100; Fax (305) 593-3121

PRINTED: 09/20/2013
FORM APPROVED

Agency for Health Care Administration

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | **LC9315** | A. BUILDING _____ <br> B. WING _____ | | **09/16/2013** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **PAIN RELIEF CLINIC OF HOMESTEAD CORP** | **311 NE 8 ST STE 101** <br> **HOMESTEAD, FL  33030** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| U 000 | Initial Comments <br><br> There were no discernable deficiencies noted at the time of an INITIAL-CHOW survey on 09-16-13. The facility was found to be in compliance with Chapter 400, Part X, F.S. and Chapter 59A-33 F.A.C. | U 000 | | |

AHCA Form 3020-0001

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE                    TITLE                    (X6) DATE



RICK SCOTT
GOVERNOR

ELIZABETH DUDEK
SECRETARY

September 25, 2013

Administrator
Pain Relief Clinic of Homestead Corp
311 NE 8th Street, Suite 101
Homestead, FL 33030

Dear Administrator:

This letter reports findings of a State Initial/Chow Licensure survey that was conducted on
September 16, 2013 by a representative of this office. Attached is the provider's copy of the State
(3020) Form, which indicates there were no discernible deficiencies noted on the date of the survey.

The Quality Assurance Questionnaire has long been employed to obtain your feedback following
survey activity.  This form has been placed on the Agency's website at
http://ahca.myflorida.com/Publications/Forms.shtml as a first step in providing a web-based
interactive consumer satisfaction survey system.  You may access the questionnaire through the link
under Health Facilities and Providers on this page.  Your feedback is encouraged and valued, as our
goal is to ensure the professional and consistent application of the survey process.

Thank you for the assistance provided to the surveyor.  Should you have any questions please call
Ernesto Castillejo, Operations & Management Consultant Manager / Health Care Clinic Division at
(305) 593-3100.

Sincerely,

E Castillejo

Arlene Mayo-Davis   por
Field Office Manager, Area 11

Enclosure: State (3020) Form



Headquarters
2727 Mahan Drive
Tallahassee, FL  32308
http://ahca.myflorida.com

Miami Field Office
8333 N.W. 53rd Street, Suite 300
Miami, FL 33166
Phone (305) 593-3100; Fax (305) 593-3121

# B

## *PAIN RELIEF CLINIC OF HOMESTEAD, CORP.*
### *311 NE 8TH ST.  STE. 101*
### *HOMESTEAD, FL 33030*
### *PH: (786) 339.9270   FAX: (786) 339.9295*

## CLINIC OVERSIGHT

Month/Year: _____

|  | Yes | No |
|---|---|---|
| Signs identifying Medical Director | _____ | _____ |
| Clinic registration current | _____ | _____ |
| All practitioners providing health care services or supplies to Patients maintain a current active and unencumbered Florida License. | _____ | _____ |
| All health care practitioners at the clinic have active appropriate Certification or licensure for the level of care being provided. | _____ | _____ |
| Reviewed patient referral contracts or agreements executed by The clinic. | _____ | _____ |
| All patient contracts or agreements conform to governing law. | _____ | _____ |
| Medical Director serves as clinic records owner. | _____ | _____ |
| Clinic is in compliance with the recordkeeping, office surgery, and adverse incident reporting requirements of chapter 456, the respective practice acts, and rules adopted thereunder. | _____ | _____ |
| I conducted a systematic review of clinic billings to ensure that the billings are not fraudulent or unlawful. | _____ | _____ |
| I have not discovered any unlawful charges. | _____ | _____ |
| I have discovered an unlawful charge and to the following corrective action. | _____ | _____ |

_____

_____

_____


Medical Director: _____

Medical Director's Signature: _____

Date: _____

# *PAIN RELIEF CLINIC OF HOMESTEAD, CORP.*
## *311 NE 8TH ST.  STE. 101*
## *HOMESTEAD, FL 33030*
## *PH: (786) 339.9270   FAX: (786) 339.9295*

# MONTH:

## SYSTEMATIC BILLING REVIEW

### PATIENTS CHARTS:

_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____

### REQUIRED BILLING REVIEW

_____ **I conducted a systematic review of clinic billing to ensure that the billings are not fraudulent or unlawful; AND**

_____ **I have not discovered any unlawful charges; OR**

_____ **I have discovered an unlawful charge and took the following immediate corrective action:**

**Comments:** _____
       _____
       _____
       _____

_____
Medical/Clinical Director

_____
Specialty

_____
License Number

Date: _____

**PAIN RELIEF CLINIC OF HOMESTEAD, CORP.**
**311 NE 8TH ST. STE. 101**
**HOMESTEAD, FL 33030**
**PH: (786) 339.9270 FAX: (786) 339.9295**

## ACTIONS TAKEN

_____

**Medical Director Signature**            **Date**

C

DOCTOR'S CHOICE BILLING SERVICES
12289 PEMBROKE ROAD, UNIT 125
PEMBROKE PINES, FL 33025
PH: 754-204-6164
FX: 954-239-3900

# COVER SHEET

To:   **Yanelis**                         From:  **Anna Stephenson**

Email:  MANAGER@LORITES.COM        Pages: 7 (include cover)

Phone: 786-579-4150

Re:  Pain Relief Clinic of Homestead        Date:  January 17, 2012

Comment:

Please contact me at the above address if I can be of further assistance.

Thank you

**Chart Audit Results**

**For Pain Relief Clinic of Homestead**

**January 13, 2011**

**PATIENT NUMBER**

#1

**COMMENT**
All services were billed, notes are in file to support billed Dates of Service.  Disclosures are signed and in file.

**PATIENT NUMBER**

#2

**COMMENT**
All services were billed, notes are in file to support billed Dates of Service.  Disclosures are signed and in file.

**PATIENT NUMBER**

#3

**COMMENT**
All services were billed, notes are in file to support billed Dates of Service.  Disclosures are signed and in file.

| **PATIENT NUMBER** | **DATE OF SERVICE** |
| --- | --- |
| #4 | 5-6-2011 |
| **CPT Code Billed** | **Correct CPT Code** |
| 99213 | 99203 |

**COMMENT**
All other services were billed and notes were in file to support Dates of Service.  CPT 99213 is an established patient visit code as per AMA guideline and 99203 is an initial patient code.  As per patient's record Date of Service 5-6-2011 was and initial encounter which should have been billed as 99203 and was billed as 99213.  All disclosures were signed and in file.

**PATIENT NUMBER**
**#5**
**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**                              **DATE OF SERVICE**
**#6**
**CPT CODE BILLED**                             08-23-2011

97039                                          Not on therapy note
**COMMENT**
CPT code billed is not marked on therapy note.  All other dates of services were billed
and notes are in file to support services billed.  Disclosures are signed and in file

**PATIENT NUMBER**

**#7**
**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**

**#8**
**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**                              **DATE OF SERVICE**

**#9**
**CPT CODE BILLED**                             09-06-2011
97039

**COMMENT**
CPT code billed is not marked on therapy note.  All other dates of services were billed
and notes are in file to support services billed.  Disclosures are signed and in file.

**PATIENT NUMBER**
**#10**

**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**
**#11**

**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

| **PATIENT NUMBER** | **Date of Service** |
|---|---|
| **#12** | **04-28-2011** |
| **CPT Code Billed** | |
| **97140 2 Units** | **No Therapy Note** |

**COMMENT**
All other dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

| **PATIENT NUMBER** | **Date of Service** |
|---|---|
| **#13** | **02-24-2011** |
| | |
| **CPT Code Billed** | |
| **97010 1 Unit** | **No Therapy Note** |

**COMMENT**
All other dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**
**#14**

**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**PATIENT NUMBER**
**#15**

**Date of Service**
**02-24-2011**

**COMMENT**
All dates of services were billed and notes are in file to support services billed.
Disclosures are signed and in file.

**SUMMARY**

**AUDITED 15 CHARTS**

All 15 charts had disclosures signed.

1 Chart had incorrect E&M Code, Billed code was 99213 which suggests an established patient, correct code is 99203 as per AMA guideline.  Patient #4

2 Charts had services billed code not marked on Therapy Notes.  Code 97039.  Patient #'s 6&9

2 Charts had services billed with no supporting Therapy Notes.  Patient #'s 12 & 13.

I recommend that therapy Notes be updated with CPT code 97039 also Encounter form to be updated with CPT code 97535.   Provider to be accurate with patient status whether the patient is an initial or an established patient.

All files were audited by Anna Stephenson personally.  All findings are deemed correct to the best of my ability.  I am a Certified Professional Coder by the American Academy of Professional Coders.  License # 01121557

Thank you for the opportunity to serve you.


Anna Stephenson, AA, CPC

**INVOICE**

**Please remit payment in the amount of $400.00 (four hundred dollars) to**

**Doctor's First Choice Biling Services**
**12289 Pembroke Road, Unit #125**
**Pembroke Pines, FL 33025**

**Tax ID: 27-3119517**

DELUXE CORP 1•800-328-0304

1,380

DATE  1/8/11

TO Doctor's First
Choice Billing
Services

FOR

| | | TOTAL | 400 00 |
| | | THIS CHECK | |
| | | OTHER | |
| TAX DEDUCTIBLE | | BALANCE | |

DELUXE CORP 1•800-328-0304

1266

DATE  05/20/11

TO Doctor's' First
Choice Billing
Services

FOR

Audit

| | | TOTAL | 250 00 |
| | | THIS CHECK | |
| | | OTHER | |
| TAX DEDUCTIBLE | | BALANCE | |

**Corresponding Patient's Name and Number list**

| Patient's Number | Patient's Name |
|---|---|
| #1 | Nirma Leyva |
| #2 | Alfred Gonzalez |
| #3 | Arley Aguero |
| #4 | Lemuel Escobar |
| #5 | Reynel Calzadila |
| #6 | Rafael Lastres |
| #7 | Nestro Gomez |
| #8 | Lilian Lara |
| #9 | Francisco Sosa |
| #10 | Mileidys Herena |
| #11 | Joel Jimenez |
| #12 | Naiyelin Montenegro |
| #13 | Ailyn Corrales |
| #14 | Gerardo Barteloni |
| #15 | Juan Mercedes |

**AUTID: Pain Relief Clinic of Homestead**

ANNA STEPHENSON <docfirstchoice@gmail.com>

Wed 5/18/2011, 9:29 AM

To:manager@lorites.com <manager@lorites.com>

Hello Yanelis,


Good afternoon.  Sorry about the delay, attached please find result for audit done for Pain relief Clinic of Homestead.

If I am need for more information please let me know.


Thank you.


Anna

DOCTOR'S FIRST CHOICE BILLING SERVICES
12289 PEMBROKE ROAD, SUITE 125
PEMBROKE PINES, FL 33025
PH: 754-204-6164
FX: 954-239-3900



| To: | YANELIS | From: | ANNA STEPHENSON |
|---|---|---|---|
| EMAIL | MANAGER@LORITES.COM | Pages: | 9 (INCLUDE COVER) |
| Phone: | 786-597-4150 | Date: | 05/18/2011 |
| Re: | Pain Relief Clinic of Homestead | CC: | |

☑ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Audit for Pain Relief Clinic of Homestead.

If there is anything else that you require, I can be reached at the above telephone number.

Thank you.

**Chart Audit Results**
For Pain relief clinic of Homestead

May 16,02011

**Patient Number**                    **Date Of Service**

#1                                    11-22-2010
**CPT Code Billed**

97112 1 Unit                          No Therapy Notes
97110 1 Unit                          No Therapy Notes

*[handwritten: The care and Services is Signature of Support bill on-Provided /ordered Service provided]*

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and dated by patient.

**Patient Number**                    **Date Of Service**

#2                                    12-23-2010
**CPT Code Billed**

97112 1 Unit                          No Therapy Notes
97018 1 Unit                          No Therapy Notes

*[handwritten: The care Signature of Service is SB provided /ordered Service provided]*

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and dated by patient.

**Patient Number**                    **Date Of Service**                *[handwritten: Not billed]*

#3                                    12-17-2010
**CPT Code Billed**
97010 1 Unit                          No Therapy Notes
97032 1 Unit                          No Therapy Notes
97124 2 Units                         No Therapy Notes
97035 1 Unit                          No Therapy Notes
97012 1 Unit                          No Therapy Notes
97112 1 Unit                          No Therapy Notes

**Patient Number**
#3

**Date Of Service**
12-27-2010

**CPT Code Billed**
97010 1 Unit
97032 1 Unit
97124 2 Units
97035 1 Unit

No Therapy Notes
No Therapy Notes
No Therapy Notes
No Therapy Notes

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
#4

**Date Of Service**
12-22-2010

*Not billed*

**CPT Code Billed**
97012 1 Unit
97112 1 Unit

No Therapy Notes
No Therapy Notes

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
#5

**Date Of Service**
10-20-2010

*Service was provided as per Superbill. Patient Signed as Service Received. Service ordered*

**CPT Code Billed**
97010 1 Unit

**No Therapy Notes**

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
#6

**Date Of Service**
01-19-2011

**CPT Code Billed**
97124 2 Units
97032 2 Units
97110 1 Unit
97112 1 Unit
97010 1 Unit
97035 1 Unit

No Therapy Notes
No Therapy Notes
No Therapy Notes
No Therapy Notes
No Therapy Notes
No Therapy Notes

*Note was misplaced. Full note was found, established on UR, complete and signed. Clerical error. Note was created and placed on patient Medical Record.*

**Comments**
All other services were billed and notes were in file to support dates of services.
Date of Service for Final Examination notes were not dated, billed as date of service 03-24-2010. Disclosures were signed and in file.

**Patient Number**                              **Date Of service**

#7                                              11-11-2010

**CPT Code Billed**                             **Correct CPT Code**
99204                                           99214

*[handwritten: clerical error note created and on file / Rebilled]*

**Comments**
All other services were billed and notes were in file to support dates of services.
CPT code 99204 is a New Patient Code as per AMA guidelines and 99214 is an
Established patient code.  Patient had prior services so therefore patient fall in the
established patient category.  Disclosures were signed and in file.

**Patient Number**                              **Date of Service**

#8                                              10-20-2010

**CPT Code Billed**
97018  1 Unit                                   No Therapy Notes

*[handwritten: Patient come and doing as per / Treatment Record by Patient signed / Super bill signed / all other Service ok]*

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**                              **Date of Service**

#9                                              11-22-2010

**CPT Code Billed**
97010  1 Unit                                   No Therapy Notes
97032  2 Unit                                   No Therapy Notes
97140  2 Unit                                   No Therapy Notes
97110  1 Unit                                   No Therapy Notes

*[handwritten: note misplaced on WR / Services verified with / medical Record signed / by patient on date of / Session]*

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and dated by patient.

**Patient Number**
#10

**CPT Code Billed**
97110  1 Unit

99204

**Date of service**
09-30-2010

No Therapy Notes

**Date Of Service**
11-19-2010
Correct CPT Code
99214

*clerical error note created and on file*
*Rebilled*

**Comments**
All other services were billed and notes were in file to support dates of services.
CPT code 99204 is a New Patient Code as per AMA guidelines and 99214 is an
Established patient code.  Patient had prior services, therefore patient falls in the
established patient category.  Disclosures were signed and in file.

**Patient Number**
#11

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
#12

**Comments**

All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
#13

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

Patient Number
#14

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Patient Number**
**#15**

**Comments**
All other services were billed and notes were in file to support dates of services.
Disclosures were signed and in file.

**Corresponding Patient's Name and Number list**

| Patient's Number | Patient's Name |
|---|---|
| #1 | Nirma Leyva |
| #2 | Alfred Gonzalez |
| #3 | Arley Aguero |
| #4 | Lemuel Escobar |
| #5 | Reynel Calzadila |
| #6 | Rafael Lastres |
| #7 | Nestro Gomez |
| #8 | Lilian Lara |
| #9 | Francisco Sosa |
| #10 | Mileidys Herena |
| #11 | Joel Jimenez |
| #12 | Naiyelin Montenegro |
| #13 | Ailyn Corrales |
| #14 | Gerardo Barteloni |
| #15 | Juan Mercedes |

**Summary**

Audited 15 charts.

5 charts had all disclosures signed and billed dates of services had supporting documentation. Patient #'s 11,12,13,14 & 15.

2 Charts had incorrect E&M Code. Billed codes were 99204 which suggests a new patient code, correct is 99214. Patient # 7&10

1 Chart was missing date of Service on notes, billed as Final Examination. Billed date 3/28.. patient # 6.

10 Charts had billed dates of services with no supporting Therapy Notes. Patient # 1,2,3,4,5,6,7,8,9 & 10.

All files were audited by Anna Stephenson personally. All findings deemed correct to the best of my ability. I am a Certified Professional Coder by the American Academy of Professional Coders. License # 01121557

Thank you for the opportunity to fulfill your services.


Anna Stephenson, CPC
5/18/2011

Please remit Payments in the amount of $250.00  (two hundred fifty dollars) to

Doctors' First Choice Billing Services
12289 Pembroke Road, Unit 125
Pembroke Pines, Fl 33025

Tax ID:  27-3119517





## *Jesus Lorites M.D*



*8300 W Flagler St Suite 112 Miami, Fl.33144*
*(305)460-0045 Fax. (305)460-0075*
*www.lorites.com.Email: dr@lorites.com*

June 10 2011

REF: Audit results

Dear : Ulises Salgado. "Pain Relief Clinic of Homestead"

Attach you can find a copy of the Audit done to your center by a certified Billing and coding company . As you Know as Medical Director of your center one of my responsibilities is to verify the billing activity to keep it accurate and free of error to the best of my knowledge. With that finality I has been conducting a monthly review of a randomly selected medical record. My findings on the monthly survey are evaluated with you and the office personal at the time of the evaluation and suggestion are giving accordingly.

As informed to you on our initial working meeting,  up to 4 times a year I do request an independent professional evaluation form an State Licensed and Specialized Company in order to help me to comply with the state regulations. That service is considered part of my duties and is covered under our payment agreement, so that you has pay nothing for the service.

This time the Audi was conducted  on Jan 13, 2011 by Anna Stepheson, AA, CPC from Doctors' First Choice Billing Services. On the Report you will be able to find the error reported by the Surveyor as well the result of June 8/2011 evaluation of the medical records and problems I did in your office.

 I  would like you to take a time to review those and take the appropriated actions to prevent such kind of error to happen in the future. A RCA (root cause analysis) of each individual reported problem should be done and a written incident report should be done and placed on every medical record.

15 medical records were audited

Over 554 Date Of Services (DOS) were audited. 543 DOS (98% of the audited DOS) were found to be in compliance

11 Date Of Services ( 1.98% of audited DOS) were found to have some kind of mistake, of those:

    2 Date Of Services were never billed.  Patient # 3 DOS 12/17/2010

                            Patient #4 DOS 12/22/2010

    2 Date Of Services had Code error.  Patient # 7  DOS 11/11/2010

                            Patient # 10 DOS 11/19/2010

    1 Date Of Services had a missing date on final evaluation, Patient # 6 DOS 3/24/2010



### Jesus Lorites M.D

8300 W Flagler St Suite 112 Miami, Fl.33144
(305)460-0045 Fax. (305)460-0075
www.lorites.com.Email:dr@lorites.com

June 10 2011

REF: Audit results "Pain Relief Clinic of Homestead"  (CONT)

2 Date Of Services had misplaced notes on patient medical record. Notes were found misplaced on administration part of medical record and services verified as done and received by patient as per notes and document with patient signature of treatment received on the reported Day of service.

4 Date Of Services were found to have incomplete medical note, it means patient came into the office, they did receive treatment as ordered, there were a note on file corresponding to the reported DOS but some modality of treatment were not commented. On all cases services were documented on Superbill  on medical records and signed by patient with all modality of services as billed

Patient # 1. 38 DOS evaluated.  11/22/2010. This patient has note corresponding to this DOS but the note was incomplete with One unit is missing on note. Services were verified with superbill signed by patient with all modalities as billed.

Patient # 2. 37 DOS evaluated.  12/23/2010. This patient has note corresponding to this DOS but the note was incomplete with two unit is missing on note. Services were verified with superbill signed by patient with all modalities as billed.

Patient # 5. 37 DOS evaluated. DOS 10/20/2010. This patient has note corresponding to this DOS but the note was incomplete with one unit is missing on note. Services were verified with superbill signed by patient with all modalities as billed.

Patient # 8. 39 DOS evaluated.  DOS 10/2010. This patient has note corresponding to this DOS but the note was incomplete with one unit is missing on note. Services were verified with superbill signed by patient with all modalities as billed.

Conclusion and recommendation:

Despite I am very confident on the quality of services you provide and the integrity as well as the honesty of your team, I do strongly recommend you to return any payment you receive form the services billed that are not documented on the medical record as it may be ground for unfavorable conclusion by any person.

Charts that have not medical notes for billed procedures (Patients 1; 2; 5; 8):  Since services were found to be ordered and  rendered as documented on superbill as signed by patient and a note of mistake was already placed on medical record, returning payment is up to you discretion



# *Jesus Lorites M.D*

*8300 W Flagler St Suite 112 Miami, Fl.33144*
*(305)460-0045 Fax. (305)460-0075*
*www.lorites.com. Email:dr@lorites.com*

June 10 2011

REF: Audit results. "Pain Relief Clinic of Homestead"( CONT)

RCA (Root Cause Analysis) . Not all notes has been done at the same time of the treatment

Recommendations. Do al Notes at the end of the services. Do not start working with a new patient until all notes from the prior patient is finished. Re training of the employees on office flow may be of assistance

Patient that were billed with wrong dates (Patient # 6): If the dates are conclude to be the day for which the payment were issue then only correction and note with incident report should be keep on medical record and attached to the answer you are entitle to provide me. Should the DOS is not corresponding to the issued payment then a clerical error note should be done, money should be returned and Re-billing can be done with the right DOS.

RCA (Root Cause Analysis). No Problems identified

Recommendation. Perform Double check before submit the claim

Billing patients with wrong E&M (patients 7 and 10). Because payment is not corresponding to the issued payment then a clerical error note should be done, money should be returned and Re-billing can be done with the right Billing code 99214 instead of 99204.

RCA (Root Cause Analysis) No Problem Identified

Recommendation. Double check before submit. The use of clearing house may be of great assistance on this matter

Not Billed Services. (Patient # 3 and 4) No action is needed.

All mistake reported by the surveyor were re-evaluated by me personally and I found in all cases clear and consistent evidence that services were either ordered and provided to the patient and the main problem was found to be with some "incomplete notes" which were on medical records with poor documentation  of services which were otherwise provided to the patients as demonstrated by The fact that in all cases, patients came to the office and received treatment as documented by notes, signed superbill (signature of patient were compare to the signature on file)







### Jesus Lorites M.D

*8300 W Flagler St Suite 112 Miami, Fl.33144*
*(305)460-0045 Fax. (305)460-0075*
*www.lorites.com.Email:dr@lorites.com*

June 10 2011

REF: Audit results. "Pain Relief Clinic of Homestead"( CONT)

Nevertheless I do encourage you to take proper action as soon as possible and to notify me by written of the correction action taken as well as proposes correction plan to prevent this error to recur in the future and  I Will be evaluating this task with you on my Monthly Medical record review of  July 2011

Thanks for your attention

Dr Lorites

**Re: AUDIT: Pain Relief Clinic of Homestead**

ANNA STEPHENSON <docfirstchoice@gmail.com>
Tue 5/31/2011, 8:43 AM
To:Yanelis Lorites <yanelislorites@hotmail.com>

Hi Yanelis,

Good afternoon,  sorry about the wait,  I swas waiting to get infomration from the office.
attached please find updated report.  Thank you.

Anna

On Wed, May 18, 2011 at 11:27 AM, Yanelis Lorites <yanelislorites@hotmail.com> wrote:
  got it

  Thanks

---

Date: Wed, 18 May 2011 11:18:43 -0800
Subject: AUDIT: Pain Relief Clinic of Homestead
From: docfirstchoice@gmail.com
To: manager@lorites.com

Hi Yanelis,

Sorry for the inconvenience.

Thank you

Anna

**Chart Audit Results for**
Pain Relief Clinic of Homestead

May 16, 2011

**Patient Number**

#1

**Billed Dates Of Service**

11-12-2010    01-2011
11-15-2010
11-16-2010
11-17-2010
11-18-2010
11-19-2010
11-22-2010 — missing 2 votes
11-23-2010
11-24-2010
11-29-2010
11-30-2010
12-01-2010
12-03-2010
12-06-2010
12-07-2010
12-08-2010
12-09-2010
12-13-2010
12-14-2010
12-15-2010
12-16-2010
12-20-2010
12-21-2010
12-22-2010
12-23-2010
12-27-2010
12-28-2010
12-29-2010
12-30-2010
01-03-2011
01-04-2011
01-05-2011
01-06-2011
01-11-2011
01-12-2011
01-13-2011
01-18-2011
01-19-2011

**Patient Number**

#2

**Billed Dates Of Service**

12-16-2010
12-17-2010
12-20-2010
12-21-2010
12-22-2010
12-23-2010
12-27-2010
12-28-2010
12-29-2010
01-03-2011
01-04-2011
01-05-2011
01-07-2011
01-10-2011
01-11-2011
01-12-2011
01-13-2011
01-18-2011
01-19-2011
01-20-2011
01-21-2011
01-25-2011
01-26-2011
01-27-2011
01-28-2011
02-01-2011
02-02-2011
02-03-2011
02-08-2011
02-09-2011
02-10-2011
02-15-2011
02-16-2011
02-17-2011
02-22-2011
02-23-2011
02-24-2011

**Patient Number**

#3

**Billed Dates Of Service**

*missing notes*
*not worked*
*figure.*

12-16-2010
12-27-2010
12-28-2010
12-29-2010
12-30-2010
01-03-2011
01-04-2011
01-05-2011
01-06-2011
01-10-2011
01-11-2011
01-12-2011
01-13-2011
01-18-2011
01-19-2011
01-20-2011
01-21-2011
01-24-2011
01-25-2011
01-26-2011
01-27-2011
02-01-2011
02-02-2011
02-03-2011
02-08-2011
02-09-2011
02-10-2011
02-15-2011
02-16-2011
02-17-2011
02-22-2011
02-23-2011

*12/17/10*
*not b Clark*

*Found 12/17/10 was not billed.*
*No problem no action*

**Patient Number**

#4

**Billed Dates Of Service**

12-16-2010
12-17-2010
12-20-2010
12-21-2010
12-23-2010
12-27-2010
12-28-2010
12-29-2010
12-30-2010
01-03-2011
01-04-2011
01-05-2011
01-06-2011
01-10-2011
01-11-2011
01-12-2011
01-13-2011
01-18-2011
01-19-2011
01-20-2011
01-21-2011
01-24-2011
01-25-2011
01-26-2011
01-27-2011
02-01-2011
02-02-2011
02-03-2011
02-08-2011
02-09-2011
02-10-2011
02-15-2011
02-16-2011
02-17-2011
02-22-2011
02-23-2011

**Patient Number**

#5

**Billed Dates Of Service**

10-07-2010
10-08-2010
10-12-2010
10-13-2010
10-14-2010
10-15-2010
10-18-2010
10-19-2010
10-20-2010
10-21-2010
11-08-2010
11-09-2010
11-10-2010
11-12-2010
11-15-2010
11-16-2010
11-17-2010
11-18-2010
11-22-2010
11-23-2010
11-24-2010
11-29-2010
11-30-2010
12-01-2010
12-02-2010
12-06-2010
12-07-2010
12-08-2010
12-14-2010
12-15-2010
12-16-2010
12-21-2010
12-22-2010
12-23-2010
12-27-2010
12-28-2010
12-29-2010

**Patient Number**

#6

**Billed Dates Of Service**

01-13-2011
01-14-2011
01-18-2011
01-19-2011
01-20-2011
01-21-2011
01-24-2011
01-25-2011
01-26-2011
01-27-2011
02-01-2011
02-02-2011
02-03-2011
02-04-2011
02-07-2011
02-08-2011
02-09-2011
02-10-2011
02-14-2011
02-15-2011
02-16-2011
02-17-2011
02-18-2011
02-22-2011
02-23-2011
02-24-2011
03-01-2011
03-02-3011
03-03-2011
03-07-2011
03-08-2011
03-09-2011
03-14-2011
03-15-2011
03-16-2011
03-21-2011
03-22-2011
03-23-2011

**Patient Number**

**Billed Dates Of Service**

#7

09-02-2010
09-03-2010
09-07-2010
09-08-2010
09-09-2010
09-10-2011
09-11-2010
09-13-2010
09-14-2010
09-15-2010
09-16-2010
09-20-2010
09-22-2010
09-23-2010
09-24-2010
09-27-2010
09-28-2010
09-29-2010
09-30-2010
10-04-2010
10-05-2010
10-06-2010
10-08-2010
10-12-2010
10-13-2010
10-14-2010
10-19-2010
10-20-2010
10-21-2010
10-25-2010
10-26-2010
10-27-2010
11-03-2010
11-04-2010
11-05-2010
11-09-2010
11-10-2010
11-11-2010

*Billed 99204*

*Rebilled*

*clinical error note created and on file*

**Patient Number**

#8

**Billed Dates Of Service**

10-15-2010
10-06-2010
10-07-2010
10-08-2010
10-12-2010
10-13-2010
10-14-2010
10-15-2010
10-18-2010
10-19-2010
10-20-2010
10-21-2010
10-25-2010
10-26-2010
10-27-2010
10-28-2010
11-01-2010
11-02-2010
11-03-2010
11-04-2010
11-08-2010
11-09-2010
11-10-2010
11-11-2010
11-15-2010
11-16-2010
11-17-2010
11-18-2010
11-22-2010
11-23-2010
11-24-2010
11-30-2010
12-01-2010
12-02-2010
12-07-2010
12-08-2010
12-09-2010
12-14-2010
12-15-2010

**Patient Number**

#9

**Billed Dates Of Service**

11-04-2010
11-05-2010
11-08-2010
11-09-2010
11-10-2010
11-11-2010
11-12-2010
11-15-2010
11-16-2010
11-17-2010
11-18-2010
11-22-2010
11-23-2010
11-24-2010
11-29-2010
11-30-2010
12-01-2010
12-02-2010
12-06-2010
12-07-2010
12-08-2010
12-09-2010
12-13-2010
12-14-2010
12-15-2010
12-16-2010
12-20-2010
12-21-2010
12-22-2010
01-04-2010
01-05-2011
01-06-2011
01-10-2011
01-11-2011
01-12-2011



**Patient Number**

**Billed Dates Of Service**

#10

09-02-2010
09-07-2010
09-08-2010
09-09-2010
09-10-2010
09-11-2010
09-13-2010
09-14-2010
09-15-2010
09-16-2010
09-20-2010
09-21-2010
09-22-2010
09-24-2010
09-27-2010
09-28-2010
09-29-2010
09-30-2010
10-04-2010
10-05-2010
10-06-2010
10-07-2010
10-12-2010
10-13-2010
10-15-2010
10-18-2010
10-19-2010
10-20-2010
10-21-2010
10-25-2010
10-26-2010
10-27-2010
11-02-2010
11-03-2010
11-04-2010
11-10-2010
11-19-2010
11-09-2010
11-10-2011

11-19-2010

**Patient Number**

**Billed Dates Of Service**



#11

10-07-2010
10-08-2010
10-12-2010
10-13-2010
10-14-2010
10-15-2010
10-18-2010
10-19-2010
10-20-2010
10-22-2010
10-25-2010
10-26-2010
10-27-2010
10-28-2010
10-29-2010
11-01-2010
11-02-2010
11-03-2010
11-05-2010
11-08-2010
11-09-2010
11-10-2010
11-12-2010
11-16-2010
11-17-2010
11-18-2010
11-22-2010
11-23-2010
11-24-2010
11-29-2010
11-30-2010
12-01-2010
12-06-2010
12-07-2010
12-08-2010
12-14-2010
12-15-2010
12-16-2010

**Patient Number**

**Billed Dates Of Service**

#12

10-05-2010
10-06-2010
10-07-2010
10-08-2010
10-12-2010
10-13-2010
10-14-2010
10-15-2010
10-18-2010
10-19-2010
10-20-2010
10-21-2010
10-25-2010
10-26-2010
10-27-2010
10-28-2010
11-01-2010
11-02-2010
11-03-2010
11-04-2010
11-08-2010
11-09-2010
11-10-2010
11-11-2010
11-15-2010
11-16-2010
11-17-2010
11-18-2010
11-22-2010
11-23-2010
11-24-2010
11-30-2010
12-01-2010
12-02-2010
12-07-2010
12-08-2010
12-09-2010
12-14-2010
12-15-2010

611

| Patient Number | Billed Dates Of Service |
|---|---|
| #13 | 11-01-2010 |
| | 11-05-2010 |
| | 11-08-2010 |
| | 11-09-0210 |
| | 11-10-2010 |
| | 11-11-2010 |
| | 11-12-2010 |
| | 11-15-2010 |
| | 11-16-2010 |
| | 11-17-2010 |
| | 11-19-2010 |
| | 11-22-2010 |
| | 11-23-2010 |
| | 11-24-2010 |
| | 11-29-2010 |
| | 11-30-2010 |
| | 12-01-2010 |
| | 12-02-2010 |
| | 12-06-2010 |
| | 12-07-2010 |
| | 12-08-2010 |
| | 12-09-2010 |
| | 12-13-2010 |
| | 12-14-2010 |
| | 12-15-2010 |
| | 12-20-2010 |
| | 12-21-2010 |
| | 12-22-2010 |
| | 12-28-2010 |
| | 12-29-2010 |
| | 12-30-2010 |
| | 01-04-2011 |
| | 01-05-2011 |
| | 01-06-2011 |
| | 01-10-2011 |
| | 01-11-2011 |
| | 01-12-2011 |

| Patient Number | Billed Dates Of Service |
|----------------|-------------------------|
| #14            | 01-13-2011              |
|                | 01-14-2011              |
|                | 01-18-2011              |
|                | 01-19-2011              |
|                | 01-20-2011              |
|                | 01-21-2011              |
|                | 01-24-2011              |
|                | 01-25-2011              |
|                | 01-26-2011              |
|                | 01-27-2011              |
|                | 01-31-2011              |
|                | 02-01-2011              |
|                | 02-02-2011              |
|                | 02-03-2011              |
|                | 02-08-2011              |
|                | 02-09-2011              |
|                | 02-10-2011              |
|                | 02-11-2011              |
|                | 02-14-2011              |
|                | 02-15-2011              |
|                | 02-16-2011              |
|                | 02-17-2011              |
|                | 02-18-2011              |
|                | 02-22-2011              |
|                | 02-23-2011              |
|                | 02-24-2011              |
|                | 03-01-2011              |
|                | 03-02-2011              |
|                | 03-07-2011              |
|                | 03-08-2011              |
|                | 03-09-2011              |
|                | 03-14-2011              |
|                | 03-15-2011              |
|                | 03-16-2011              |
|                | 03-21-2011              |
|                | 03-22-2011              |
|                | 03-23-2011              |

| Patient Number | Billed Dates Of Service |
|---|---|
| #15 | 01-20-2011 |
| | 01-24-2011 |
| | 01-25-2011 |
| | 01-26-2011 |
| | 01-27-2011 |
| | 01-28-2011 |
| | 02-01-2011 |
| | 02-02-2011 |
| | 02-03-2011 |
| | 02-04-2011 |
| | 02-07-2011 |
| | 02-08-2011 |
| | 02-09-2011 |
| | 02-10-2011 |
| | 02-14-2011 |
| | 02-15-2011 |
| | 02-16-2011 |
| | 02-17-2011 |
| | 02-22-2011 |
| | 02-23-2011 |
| | 02-24-2011 |
| | 02-25-2011 |
| | 02-28-2011 |
| | 03-01-2011 |
| | 03-02-2011 |
| | 03-07-2011 |
| | 03-08-2011 |
| | 03-09-2011 |
| | 03-14-2011 |
| | 03-15-2011 |
| | 03-16-2011 |
| | 03-21-2011 |
| | 03-22-2011 |
| | 03-23-2011 |