## AFFIDAVIT OF DANIEL COLLAZO

1. I, DANIEL COLLAZO, am over 18 years of age and I have personal knowledge of the facts stated herein.

2. At all times material hereto, I am the sole owner of Pain Relief Clinic of Homestead Corp. ("Pain Relief").

3. Pain Relief submitted 15 separate pip insurance claims on behalf of State Farm in the years 2014 and 2015. Attached is a list of the said claims. Pain Relief has not billed State Farm since 2015.

4. While I do not handle billing and collections at Pain Relief, I do have basic knowledge regarding how insurance claims are submitted. In submitting no fault ("pip") insurance claims to insurance carriers, such as State Farm, Pain Relief routinely submits the billing statements (CMS 1500 forms) together with the corresponding treatment records. This procedure was followed with respect to the claims in this case. It was also my understanding that this procedure was in place many years before I purchased Pain Relief in 2013. From my experience, insurance carriers do not pay medical insurance claims unless the treatment records are submitted with the billing.

5. In the present matter, State Farm had notice of the clinical findings of the treating physician, including the prescription for the treatment that was prescribed by the physician for each State Farm insured.

6. State Farm also had notice of the therapy modalities that rendered by the therapist on each therapy visit as the therapy records were submitted with the bills to State Farm. The physical records reflect the modalities that were performed by the therapist, not the treating physician; the therapy records have the signature of the therapist to confirm

she performed the services. In addition, the medical bills, specifically line 24j, identifies that the service provider of the therapy is a licensed massage therapist; line 24j has the license number of the therapist.

7. The medical records submitted to State Farm with the bills also gave notice to State Farm of the following facts: (a) the medical records did not document the x-rays results; (b) the medical records did not document the amount of time or units a particular modality; and obviously, the medical records should have indicated whether or not the therapist followed the doctor's treatment plan or deviated from it.

8. After State Farm received the bills and treatment records, State Farm paid the claims without objection. In paying the claims, State Farm did not refuse payment on the basis that because of the deficiencies mentioned in ¶ 7 of this affidavit, the treatment records did not meet the record keeping requirements under Fla. Admin. Code R. 64B8-9.003(2); nor did State Farm object or refuse payment on the basis that the submissions reflect that the treatment prescribed by the physician is pre-determined and therefore fraudulent.

9. Although Dr. Gomez Cortes is the records custodian of the medical records that are maintained at Pain Relief, I do have sufficient personal knowledge that the medical records are not disclosed to unauthorized third parties. It has always been my understanding that patient medical records are private and cannot be disclosed to unauthorized third parties.

10. In review of the State Farm's motion for summary judgment, State Farm claims that Mr. Lazaro Musa had unauthorized access to patient medical records at Pain

Relief. This is false. While Mr. Musa acted as a consultant for Pain Relief, he did not review, nor was he granted access to, patient medical records.

I, the undersigned affiant, understand that I am swearing or affirming under oath the truthfulness of the statements in this affidavit and that punishment for knowingly making a false statement includes fines or imprisonment.

**FURTHER AFFIANT SAYETH NAUGHT:**

_____
DANIEL COLLAZO

SWORN & SUBSCRIBED before me this 13th day of November, 20 19,
Personally Known ✓ or Produced Identification ____
Type of I.D. Produced _____.

_____
NOTARY PUBLIC - STATE OF FLORIDA
My commission expires:

Notary Public State of Florida
Christopher F Falck
My Commission GG 321335
Expires 04/08/2023

- 3 -

## 2014

| NAME | DOA | CLAIM# | AMOUNT PAYED |
|---|---|---|---|
| 1.ERNESTO SALABERT | 08/23/2014 | 594W49433 | $10,000.00 |
| 2.CARMEN VINAS | 09/19/2014 | 9498272-E04-59A | $2571.04 (KEVIN WHITEHEAD) PIP) |
| 3.LIANNY DIAZ | 09/19/2014 | 9498272-E04-594 | $2571.04 (KEVIN WHITEHEAD) PIP) |
| 4.MITCHELLE HNDEZ | 12/174/2014 | 59573573H646 | $10.000.00 |

## 2015

| NAME | DOA | CLAIM# | AMOUNT PAYED |
|---|---|---|---|
| RACHEL HERNANDEZ | 02/10/2015 | 59601R816 | $9698.80 |
| ARIEL ALVAREZ | 02/10/2015 | 59601R816 | $3952.92 |
| YANIEL MOLINA | 04/05/2015 | 596D52948 | $9961.36 |
| MICHEL ARMENTEROS | 04/08/2015 | 596D52948 | $9617.13 |
| CARMEN PEREZ | 06/01/2015 | C67461991059 | $2239.70 |
| LIDIA PEREZ | 06/23/2015 | 596U26545 | $0 |
| MARIANO ESPINOSA | 08/27/2015 | D354246A2659A | $10000.00 |
| EVELYNE FERNANDEZ | 10/18/2015 | 59747P381 | $3926.60 |
| JOSE CASTILLO | 11/05/2015 | 597L71699 | $1309.42 |
| DANNY CASTANEDO | 12/08/2015 | D466818E0159 | $0 |