# Exhibit B

## O'Shaughnessy, Jenny (WPB - X28314)

| | |
|---|---|
| **From:** | Saladrigas, Caitlin F (WPB - X28349) |
| **Sent:** | Monday, August 26, 2019 6:08 PM |
| **To:** | Richard J. Diaz, P.A.; Karen Parker; Chad A. Barr Esq. (chad@chadbarrlaw.com); michael@nicoleaulaw.com; christian@carrazana-legal.com; louisvmartinez14@gmail.com |
| **Cc:** | Liz Zaharas; fmartinez@kbparkerlaw.com; paralegal@chadbarrlaw.com; christopher@carrazana-legal.com; Spector, David I (WPB - X28304); Roark, Kim (WPB - X28350); O'Shaughnessy, Jenny (WPB - X28314) |
| **Subject:** | State Farm v. Health & Wellness, et al -- September depos |

All,

As you know, there are a few depositions that we will need to reset. Regarding the depositions listed below, please respond and confirm which depositions, if any, you plan to attend.

- **Manuel Franco** – this deposition will be rescheduled for either **September 20 or 27**. The strong preference for this deposition is Sept. 27. If it ends up needing to be Sept. 20, the deposition would need to take place in West Palm Beach. If you plan to attend this depo, please advise if you are available to attend on Sept. 27 or in the alternative Sept. 20 (in West Palm Beach).

- **Jesus Lorites** – Karen, please provide three available dates for you and Dr. Lorites in September so that we can coordinate the continuation of his deposition.

- **Annalie Campa** – Ms. Campa failed to appear at this deposition. As you all know, we have moved to compel her to attend. No defense counsel appeared for her deposition. Assuming the Court grants our motion, we intend to re-set her deposition in the first two weeks of September. If you plan to attend, please let me know so that we can coordinate.

Thanks,
Caitlin

**Caitlin Saladrigas** | **Holland & Knight**
Associate
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1

**O'Shaughnessy, Jenny (WPB - X28314)**

| | |
|---|---|
| **From:** | Roark, Kim (WPB - X28350) |
| **Sent:** | Tuesday, August 27, 2019 1:58 PM |
| **To:** | kparker@kbparkerlaw.com |
| **Cc:** | Saladrigas, Caitlin F (WPB - X28349); Frances Martinez |
| **Subject:** | FW: State Farm v. Health & Wellness, et al -- September depos |

Hi Karen – I just spoke with Frances and she advised that the "mailbox is full" message that Caitlin received last evening has been corrected and she asked that I re-forward the email to you. Please see below email from Caitlin regarding depositions.

Kim

**Kim Roark** | **Holland & Knight**
Senior Legal Secretary
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
Phone 561.650.8350 | Fax 561.650.8399
kim.roark@hklaw.com | www.hklaw.com

---

**From:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
**Sent:** Monday, August 26, 2019 6:08 PM
**To:** Richard J. Diaz, P.A. <rick@rjdpa.com>; Karen Parker <kparker@kbparkerlaw.com>; Chad A. Barr Esq. (chad@chadbarrlaw.com) <chad@chadbarrlaw.com>; michael@nicoleaulaw.com; christian@carrazana-legal.com; louisvmartinez14@gmail.com
**Cc:** Liz Zaharas <liz@rjdpa.com>; fmartinez@kbparkerlaw.com; paralegal@chadbarrlaw.com; christopher@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; O'Shaughnessy, Jenny (WPB - X28314) <Jenny.OShaughnessy@hklaw.com>
**Subject:** State Farm v. Health & Wellness, et al -- September depos

All,

As you know, there are a few depositions that we will need to reset. Regarding the depositions listed below, please respond and confirm which depositions, if any, you plan to attend.

- **Manuel Franco** – this deposition will be rescheduled for either **September 20 or 27**. The strong preference for this deposition is Sept. 27. If it ends up needing to be Sept. 20, the deposition would need to take place in West Palm Beach. If you plan to attend this depo, please advise if you are available to attend on Sept. 27 or in the alternative Sept. 20 (in West Palm Beach).

- **Jesus Lorites** – Karen, please provide three available dates for you and Dr. Lorites in September so that we can coordinate the continuation of his deposition.

- **Annalie Campa** – Ms. Campa failed to appear at this deposition. As you all know, we have moved to compel her to attend. No defense counsel appeared for her deposition. Assuming the Court grants our motion, we intend to re-set her deposition in the first two weeks of September. If you plan to attend, please let me know so that we can coordinate.

Thanks,
Caitlin

**Caitlin Saladrigas** | **Holland & Knight**
Associate
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

2

## O'Shaughnessy, Jenny (WPB - X28314)

| | |
|---|---|
| **From:** | Saladrigas, Caitlin F (WPB - X28349) |
| **Sent:** | Friday, September 13, 2019 3:16 PM |
| **To:** | Karen Parker |
| **Cc:** | Spector, David I (WPB - X28304); Newman, David P (MIA - X27419); O'Shaughnessy, Jenny (WPB - X28314); Frances Martinez; Roark, Kim (WPB - X28350) |
| **Subject:** | RE: State Farm v. Health & Wellness, et al -- September depos |

Karen,

We were surprised to receive your email below. As you know, we began scheduling Dr. Lorites for deposition back in May and on June 5, 2019 his deposition was noticed. Despite that, it wasn't until the middle of his deposition on July 18, 2019 that we were informed of the perceived conflict. It's been six weeks since Dr. Lorites' deposition and during that time you did not provide us with any information to suggest that you or your client had determined a conflict existed. You also participated in depositions throughout August which gave us the impression that any potential issue had been resolved. It wasn't until we began attempting to re-schedule Dr. Lorites' deposition in August that you informed us by email that you would be filing a motion. It has now been a week since your email below and we have not received anything further to suggest that you will in fact proceed with filing a motion to disqualify.

That said, if you do intend to file a motion to disqualify, you have an obligation under the Local Rules to meet and confer with us before you file it. It was our position during Dr. Lorites' deposition, and it is our position now, that there is no conflict and the deposition of your client should proceed. However, we would welcome the opportunity to discuss the grounds you believe support your client's motion to disqualify. David and I are available next week on Wednesday and Thursday to discuss. Please let us know what time you are available. In advance of the call, please provide us with the facts and the case law you intend to rely on to support your motion so that we are able to have a meaningful discussion.

Thank you,
Caitlin

**Caitlin Saladrigas** | **Holland & Knight**
Associate
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Karen Parker <kparker@kbparkerlaw.com>
**Sent:** Thursday, September 5, 2019 11:31 AM
**To:** Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>
**Cc:** Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; Newman, David P (MIA - X27419) <David.Newman@hklaw.com>; O'Shaughnessy, Jenny (WPB - X28314) <Jenny.OShaughnessy@hklaw.com>; Frances Martinez <fmartinez@kbparkerlaw.com>
**Subject:** Re: State Farm v. Health & Wellness, et al -- September depos

*[External email]*

1

I will not agree to Dr Lorites deposition until the issue of the conflict has been resolved. I am in the process of filing a motion to disqualify.

Karen B Parker, Esq.
Sent from my iPhone

On Sep 5, 2019, at 10:32 AM, "Kim.Roark@hklaw.com" <Kim.Roark@hklaw.com> wrote:

> Good morning Karen – I just tried calling your office but went to voicemail.  I am following up on the dates for scheduling Jesus Lorites' deposition this month.
>
> Thank you and we look forward to hearing from you.
>
> Kim
>
> **Kim Roark** | **Holland & Knight**
> Senior Legal Secretary
> Holland & Knight LLP
> 222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
> Phone 561.650.8350 | Fax 561.650.8399
> kim.roark@hklaw.com | www.hklaw.com
>
> ---
>
> **From:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>
> **Sent:** Monday, August 26, 2019 6:08 PM
> **To:** Richard J. Diaz, P.A. <rick@rjdpa.com>; Karen Parker <kparker@kbparkerlaw.com>; Chad A. Barr Esq. (chad@chadbarrlaw.com) <chad@chadbarrlaw.com>; michael@nicoleaulaw.com; christian@carrazana-legal.com; louisvmartinez14@gmail.com
> **Cc:** Liz Zaharas <liz@rjdpa.com>; fmartinez@kbparkerlaw.com; paralegal@chadbarrlaw.com; christopher@carrazana-legal.com; Spector, David I (WPB - X28304) <David.Spector@hklaw.com>; Roark, Kim (WPB - X28350) <Kim.Roark@hklaw.com>; O'Shaughnessy, Jenny (WPB - X28314) <Jenny.OShaughnessy@hklaw.com>
> **Subject:** State Farm v. Health & Wellness, et al -- September depos
>
> All,
>
> As you know, there are a few depositions that we will need to reset. Regarding the depositions listed below, please respond and confirm which depositions, if any, you plan to attend.
>
> - **Manuel Franco** – this deposition will be rescheduled for either **September 20 or 27**. The strong preference for this deposition is Sept. 27. If it ends up needing to be Sept. 20, the deposition would need to take place in West Palm Beach. If you plan to attend this depo, please advise if you are available to attend on Sept. 27 or in the alternative Sept. 20 (in West Palm Beach).
>
> - **Jesus Lorites** – Karen, please provide three available dates for you and Dr. Lorites in September so that we can coordinate the continuation of his deposition.

- **Annalie Campa** – Ms. Campa failed to appear at this deposition. As you all know, we have moved to compel her to attend. No defense counsel appeared for her deposition. Assuming the Court grants our motion, we intend to re-set her deposition in the first two weeks of September. If you plan to attend, please let me know so that we can coordinate.

Thanks,
Caitlin

**Caitlin Saladrigas | Holland & Knight**
Associate
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000 | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.