United States District Court
for the
Southern District of Florida

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company, Plaintiff, <br><br> v. <br><br> Health and Wellness Services, Inc. and others, Defendants. | Civil Action No. 18-23125-Civ-Scola |

### Order Granting Motion to Withdraw

Attorney Michael D. Nicoleau of Nicoleau Law has moved to withdraw as counsel for Defendant Hugo Goldstraj. (Def.'s Mot. to Withdraw, ECF No. 189.) He explains Goldstraj lacks the financial resources needed to meet the anticipated legal fees and costs associated with Nicoleau's continued representation. After review, the Court **grants** the unopposed motion to withdraw (**ECF No. 189**).

An attorney's request to withdraw from the representation on non-mandatory grounds is governed by Rule 4-1.16(b) of the Rules Regulating the Florida Bar. That Rule provides, in part, as follows:

[The] lawyer may withdraw from representing a client if:

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;

(2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;

(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(5) other good cause for withdrawal exists.

It appears counsel's motion is based on provision (4) as set forth above.

After considering the motion, the record, and the relevant legal authorities, the Court **grants** the motion (**ECF No. 189**). The Court **further orders**:

1. Attorney Michael D. Nicoleau of Nicoleau Law has shown good cause to withdraw. This attorney is **discharged** as counsel of record in this case for Defendant Hugo Goldstraj.

2. Nicoleau represents that Goldstraj will represent himself going forward, and thus proceed pro se. As such all future filings, correspondence, and orders must be sent to the following addresses:

   Hugo Goldstraj
   3029 NE 188th Street, Apt. 305
   Aventura, Florida 33180

   rascovanm@gmail.com

3. The Court directs the Clerk to update the docket to reflect the termination of attorney Michael D. Nicoleau with respect to Goldstraj and to link the above addresses with him to ensure delivery of future filings, correspondence, and orders.

4. The Court also directs the Clerk to mail copies of this order to the addresses listed below.

**Done and ordered**, at Miami, Florida, on November 14, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail and email to*:

**Hugo Goldstraj**
3029 NE 188th Street, Apt. 305
Aventura, Florida 33180

rascovanm@gmail.com