UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE and CASUALTY
COMPANY

       Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
**MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS**, ANGEL CARRASO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES and
JOSE GOMEZ-CORTES,

       Defendants.
_____/

**DEFENDANTS' MEDICAL WELLNESS, BEATRIZ MUSE, LAZARO MUSE AND NOEL SANTOS' MOTION FOR LEAVE: TO AMEND AFFIRMATIVE DEFENSES, TO FILE THIRD PARTY COMPLAINT ( AGAINST JORGE COLL) AND TO FILE CROSS CLAIM ( AGAINST ANGEL CARRASCO)**

For this Motion, the Defendants, **MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE** and **BEATRIZ MUSE** ("Defendants") state:

1. As released (former) defendant Jorge Coll ("Coll") and current co-defendant Angel Carrasco ("Carrasco") now change their position and admit guilt and liability for their misconduct, negligent conduct and fraud while serving as medical directors at Medical Wellness Services, Inc. ("MW"), the named Defendants must seek to amend their affirmative defenses to allege apportionment of fault as to Coll and Carrasco as "*Fabre*"

parties. (A copy of the proposed amended affirmative defenses are attached hereto as Exhibit A).

2. Based on this development, the named Defendants further seek leave of court to bring a third party complaint against Jorge Coll (a prosed third party complaint is attached as Exhibit B) and file a cross claim against Angel Carrasco for indemnification, contribution, breach of contract, fraud, negligent misrepresentation and outrage (a proposed cross claim is attached as Exhibit C).

3. Additionally Beatriz Muse seeks leave to file an affirmative defense of the statute of limitations as it relates to her activities as an owner of Health & Wellness post her sale of that business in 2010 such that any subsequent liability attributable to HW, does not apply to her and to the extent that there is any liability for her pre-sale ownership of HW, the statute of limitations has expired. (See Exhibit A).

## MEMORANDUM OF LAW

Pursuant to Rules 8 and 15 of the Federal Rules of Civil Procedure, the named Defendants should be granted leave to amend their affirmative defenses and to file the third party complaint and cross complaint.

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend a pleading more than twenty-one days after serving it "only with the opposing party's written consent or the court's leave" and that "the court should freely grant leave when justice so requires". Courts generally allow amendment where it is not futile. *United States ex rel. Compton v. Circle B Enters, Inc*. No 7:07-cv-32, 2010 WL 942293, at *9 (M.D. Ga. March 11, 2010). See also, *Baltimore Cnty: FOP Lodge 4 v. Baltimore Cnty*., 565 F. Supp 2d 672, 675 (D. Md. 2008) (allowing amendment to affirmative defenses where it would cause no prejudice to plaintiff and

allow defendant to properly make all of its legal arguments); *Veronda v. California Dep't of Forestry & Fire Prot.*, No. C 99-5244, 2002 WL 1578879, at *3 (noting that "delay" in the absence of prejudice, bad faith or futility is insufficient to deny a motion to amend").

Now that Drs. Coll and Carrasco have admitted fault in this case, they become "Fabre-parties" to the litigation. A copy of the proposed amended affirmative defenses is attached hereto as Exhibit A. Copies of the proposed third party complaint against Coll and cross-claim against Carrasco are attached as Exhibit B and C respectively.

## LOCAL RULE 88.9

Undersigned counsel certifies that in a good faith effort to resolve the matters raised in this motion, he conferred in writing with counsel for the Plaintiffs who oppose the relief requested herein.

## CONCLUSION

Based on the foregoing, Defendants Motion for Leave to Amend Affirmative defenses should be granted.

Respectfully submitted,

s/ Richard Diaz

_____

Richard J. Diaz, Esq.
F.B.N. 0767697
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 22 day of November, 2019.

                                                                             s/ Richard Diaz
                                                                              Richard J. Diaz