UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE and CASUALTY
COMPANY
        Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASCO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES and
JOSE GOMEZ-CORTES,

        Defendants.
_____/

**DEFENDANTS, MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE AND BEATRIZ MUSE'S MOTION TO STRIKE PLAINTIFF'S (LATE-FILED) WITNESS, ANET PEREZ**

Defendants, **MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE** and **BEATRIZ MUSE** ("Named Defendants"), state as follows:

1. On August 1, 2018, Plaintiffs filed their complaint

2. On October 25, 2018, Plaintiffs filed their initial disclosures.

3. On August 14, 2019, Anet Perez ("Ms. Perez") was deposed. However, Plaintiffs never amended their initial disclosures to identify her as a witness Plaintiffs intended to call at trial.

4. On December 18, 2019, over a year after the initial disclosures and four months after Ms. Perez was deposed, Plaintiffs filed their second amended initial disclosures to include

Ms. Perez as a trial witness for Plaintiffs. Defendants note that this was done despite the fact that at an oral argument hearing[1] on some selected pending motions, this Court denied several motions, namely -

- For leave to amend the amended complaint
- To re-open discovery
- To amend a certain affirmative defense

based upon non-compliance with the scheduling order and/or because good cause was not shown.

5. The rulings yesterday set the tone and clearly reflect and express this Court's exercise of discretion and firm position to hold ALL parties to the scheduling order and other applicable deadlines. This would seem to include not allowing a party to disclose a new trial witness 4 months late where no cause, much less good cause, has been shown, and who was not previously disclosed as a trial witness, when the ability to do so arose.

6. Based on the foregoing, the Named Defendants seek an order striking Anet Perez as a trial witness.

7. In compliance with the Local Rules, undersigned counsel certifies that he has conferred with counsel for the Plaintiffs regarding the relief requested herein and Plaintiffs oppose the striking of Ms .Perez as a witness.

## CONCLUSION

Based on the foregoing, the Court should grant the relief requested herein.

---

[1] In the morning of December 18, 2019.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 19th day of December, 2019.

s/ Richard Diaz
_____
Richard J. Diaz, Esq.