# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-CV-23125-RNS**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,

Plaintiffs,

       v.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE, HUGO
GOLDSTRAJ, MANUEL FRANCO, MEDICAL
WELLNESS SERVICES, INC., NOEL SANTOS,
ANGEL CARRASCO, JORGE RAFAEL COLL,
PAIN RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, AND JOSE GOMEZ-CORTES,

Defendants.

_____/

**PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT**

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and

Casualty Company ("the State Farm Plaintiffs"), by and through their undersigned counsel,

hereby supplement their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of

Civil Procedure as follows:

**1.      The name and, if known, the address and telephone number of each**

**individual likely to have discoverable information—along with the subjects of that**

**information - that the State Farm Plaintiffs may use to support their claims or defenses,**

**unless the use would be solely for impeachment:**

1

| Name | Address and Telephone Number | Believed to Have Discoverable Information Concerning |
|------|------------------------------|------------------------------------------------------|
| Anet Perez | 17851 NW 54th Avenue<br>Miami Gardens, FL  33055 | Her business relationship with defendants; the nature of her consulting business; how she assisted the clinic defendants; the preparation of documents transmitted to AHCA |

DATED: December 18, 2019

By:  /s/ Caitlin Saladrigas, Esq.
DAVID SPECTOR (FBN: 086540)
david.spector@hklaw.com
CAITLIN SALADRIGAS (FBN: 095728)
caitlin.saladrigas@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
Telephone:  (561) 833-2000
Facsimile:  (561) 650-8399
*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, the foregoing document is being served this day on all counsel of record via email and served on all other parties via U.S. Mail.

/s/ Caitlin Saladrigas
Caitlin Saladrigas Esq. (FBN: 095728)

2

46476943;1

## SERVICE LIST

| | |
|---|---|
| Christian Carrazana, Esq.<br>**CHRISTIAN CARRAZANA, P.A.**<br>P.O. Box 900520<br>Homestead, FL 33030<br>Telephone: (786) 226-8205<br>Email: christian@carrazana-legal.com<br>*Attorney for Defendant Pain Relief Clinic of Homestead, Corp.*<br>**Served via email** | Louis V. Martinez, Esq.<br>**DIAZ, REUS & TARG LLP**<br>3400 Miami Tower<br>100 SE 2nd Street<br>Miami, FL 33131<br>Telephone: (305) 375-9220<br>Facsimile:  (305) 375-8050<br>Email: lvmartinez@aol.com<br>*Attorneys for Defendant Health & Wellness Services Inc.*<br>**Served via email** |
| Karen B. Parker, Esq.<br>**KAREN B. PARKER, P.A**<br>2550 S. Bayshore Drive, Suite 102<br>Coconut Grove, FL 33133<br>Telephone: (305) 343-8339<br>Email: kparker@kbparkerlaw.com<br>       kbparkerlaw@gmail.com<br>       parkerlawasst@gmail.com<br>*Attorneys for Defendant Jesus Lorites*<br>**Served via email** | Jose Gomez-Cortes, MD<br>1840 West 49th Street, Suite 305<br>Hialeah, FL  33012<br><br>   - AND -<br><br>3400 SW 130th Avenue<br>Miami, FL  33175<br>*In Pro Se*<br>**Served via U.S. Mail** |
| Richard J. Diaz, Esq.<br>Attorney at Law<br>3127 Ponce De Leon Boulevard<br>Coral Gables, FL 33134<br>Telephone: (305) 444-7181<br>Facsimile:  (305) 444-8178<br>Email: rick@rjdpa.com<br>*Attorneys for Defendants Medical Wellness Services, Inc., Beatriz Muse, Lazaro Muse, and Noel Santos*<br>**Served via email** | Hugo Goldstraj<br>3029 NE 188th Street, Apt. 305<br>Aventura, FL  33180<br>*In Pro Se*<br>**Served via U.S. Mail** |

46476943;1