**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE and CASUALTY
COMPANY
        Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASCO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES and
JOSE GOMEZ-CORTES,

        Defendants.
_____/

**DEFENDANTS, MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE AND BEATRIZ MUSE'S REPLY TO PLAINTIFFS' MOTION TO STRIKE PLAINTIFF'S (LATE-FILED) WITNESS, ANET PEREZ**

Defendants, **MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, LAZARO MUSE** and **BEATRIZ MUSE** ("Named Defendants"), state as follows:

The Plaintiffs claim no obligation to supplement their initial disclosures which is clearly an incorrect statement of the applicable rule and its purpose. And, if Plaintiffs are being legitimate in this argument, then by their *own logic*, they would not have needed to amend their initial disclosures to specify name Anet Perez as a trial witness in the first place. Moreover, just because a party learns about a witness (or other evidence) in the discovery process, does not mean that such counsel must presume that such witness (or other evidence) will be utilized at trial. If this were the case, there would be no reason for a scheduling order (or other

requirements) that parties exchange witness and exhibit lists before the trial date. It would just be "show up and put on your case".

Next, the Plaintiffs claim that the late listing of this witness is harmless; it is not. Discovery is closed and all dispositive motions have been filed. Listing any witness after those cut off dates it not harmless. Rather than have this Reply be any longer than need be, the Defendants adopt and cite the essential analysis, logic and conclusion that United States Magistrate Judge Edwin Torres employed when he recently denied Plaintiffs' motion to compel the continued deposition of codefendant Jesus Lorites. [D.E.262]

## CONCLUSION

For all these reasons, Anet Perez shall be stricken as a trial witness.

Respectfully submitted,

 s/ Richard J. Diaz

_____

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 6th day of January, 2020.

                                                                                                  s/ Richard Diaz

                                                                                                           _____

                                                                                                  Richard J. Diaz, Esq.