UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:18-cv-23125-Scola/Torres

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE & CASUALTY COMPANY,

    Plaintiff,

v.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE, HUGO
GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASCO, PAIN
RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, and JOSE GOMEZ-CORTES

    Defendants.

_____/

## DECLARATION OF DAVID I. SPECTOR

STATE OF FLORIDA    )
    ) ss.
COUNTY OF PALM BEACH    )

Before me the undersigned authority, personally appeared David I. Spector, who upon being duly sworn, deposes and states:

1. My name is David I. Spector. I am over the age of eighteen (18) years old, am competent to testify, and have personal knowledge of the facts contained in this Declaration. I submit this Declaration in support of plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company's (the "State Farm Plaintiffs") request for attorney's fees and pursuant to the Court's March 5, 2020 Omnibus Order on Summary Judgment wherein this Court granted the State Farm Plaintiffs' Motion for Partial Summary Judgment as

against defendants Health and Wellness Services, Inc., Medical Wellness Services, Inc., Pain Relief Clinic of Homestead, Corp., Lazaro Muse, Beatriz Muse, Noel Santos, Jesus Lorites and Hugo Goldstraj.

2. I submit this Declaration in support of the State Farm Plaintiffs' Verified Motion for Attorneys' Fees.

3. I am a partner with Holland & Knight, LLP ("Holland & Knight"), attorneys of record for the State Farm Plaintiffs in this action. I joined Holland & Knight in February 2019. From 2009 through February 2019, I was a partner at Akerman LLP and was the Chair of Akerman's Fraud & Recovery Practice Group. I have been a member in good standing of the Florida Bar since 1996, and have over twenty years of experience in litigating complex commercial disputes in federal and state court. I am lead counsel in the above-captioned matter.

4. During the course of this litigation, the State Farm Plaintiffs were represented by Akerman LLP from August 2018 through February 2019 and by Holland & Knight from February 2019 to the present.

5. Several lawyers from both Akerman LLP and Holland & Knight worked on this litigation during that time. From August 2018 to July 2019, lawyers at Akerman LLP and Holland & Knight LLP billed at specific hourly rates detailed below. However, in July 2019, Holland & Knight and the State Farm Plaintiffs entered into a fee agreement whereby the State Farm Plaintiffs agreed pay Holland & Knight a "blended" rate which applies to all attorney and paralegals who perform services for the State Farm Plaintiffs related to investigations and litigation for the State Farm Plaintiffs' Special Investigative Unit ("SIU"). SIU is a department which the State Farm Plaintiffs are required to have in place to investigate potential fraudulent insurance claims pursuant to Florida law. Fla. Stat. § 626.9891.

6. This discounted, blended rate is reasonable for this litigation given the substantial amount of work that lawyers at all levels performed, as well as the complexity and sophistication of the work necessary to litigate, and ultimately secure a summary judgment order awarding all damages sought by the State Farm Plaintiffs.

7. This blended rate is further reasonable when compared to the prevailing market rate in the legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation.

8. Additionally, this blended rate was applied across all offices on this matter, and is commensurate with reasonable rates in each applicable jurisdiction, including the Eleventh Circuit.

9. Various timekeepers worked on this engagement for a variety of reasons. For example, certain lawyers worked on the matter at Akerman but did not move to Holland & Knight. Other lawyers and professionals provided limited advice on substantive healthcare regulatory issues and other lawyers assisted with certain discreet tasks including but not limited to the summary judgment briefing when the primary team engaged in the day to day litigation was temporarily engaged in other litigation. For example, in September and October 2019, as I was preparing for trial in *State Farm v. Manuel V. Feijoo,* No. 18-cv-23329 (S.D. Fla. 2018) which was set to be tried before U.S. District Court Judge Rodolfo Ruiz in November 2019, my partners including but not limited to Sandra Heller assisted with the summary judgment briefing. If, for example, the primary lawyers on this file were focused on the completion of discovery including twelve depositions and a motion was filed by the Defendants which required a response, said response may have been assigned to another member of the team. While it was necessary to call upon various members of the team of professionals who dedicate their practice to the investigation

and litigation of insurance fraud, the inclusion of these professionals was completed in a manner to avoid any duplication of effort and assistance at discrete tasks.

10. Prior to the agreement as to the blended rate, the hourly rates of the lawyers[1] who worked on this case were as follows:

a. David Spector, currently a partner at Holland & Knight and previously a partner at Akerman, LLP, with more than 20 years of experience, billed at a rate of $500.00 per hour. David Spector is the lead lawyer on this matter and participated in all aspects of the litigation.

b. Bradley McPherson, a partner at Akerman LLP with more than 15 years of experience, billed at a rate of $333.00 per hour and assisted with filing of the initial complaint, preparing written discovery, and generally assisting with guiding strategy during the beginning of the litigation.

c. Montaye Sigmon, a partner at Akerman LLP with more than 15 years of experience, billed at a rate of $340.00 per hour and assisted with discrete drafting of motions and coordination of e-discovery efforts.

d. Elizabeth Hodge, of counsel at Akerman LLP with more than 22 years of experience, billed at a rate of $345.00 per hour and assisted with discrete legal research.

e. Adam Hodges, currently a partner at Holland & Knight and previously a partner at Akerman, LLP, with more than 17 years of experience, billed at a rate of $350.00 per hour and assisted with discrete tasks including drafting isolated motions and preparation of deposition designations.

---

[1] Unless otherwise indicated, the lawyers identified herein worked in West Palm Beach, Florida.

f. Sandra Heller, currently a partner at Holland & Knight and previously a partner at Akerman, LLP, with more than 20 years of experience, billed at a rate of $355 per hour and assisted with drafting motions for summary judgment and related filings as well as preparation for mediation.

g. Matthew DiBlasi, currently a partner in Holland & Knight's New York office and previously a partner in Akerman, LLP's New York office, with more than 16 years of experience, billed at a rate of $360.00 per hour and assisted with drafting discrete motions.

h. C. Matthew Detzel, currently a partner in Holland & Knight's Orlando office and previously a partner at Akerman, LLP in its Orlando office, with more than 12 years of experience, billed at a rate of $274.50 per hour and assisted with drafting discrete motions and e-discovery efforts.

i. James Duffy, currently senior counsel at Holland & Knight and previously an associate at Akerman, LLP, with more than 11 years of experience, billed at a rate of $270.00 per hour and assisted with drafting discrete motions.

j. Caitlin Saladrigas, currently an associate with Holland & Knight and previously an associate at Akerman LLP, in her ninth year of practice, billed at a rate of $229.50 per hour from 2018 to February 2019 and $230.00. per hour from February 2019 to July 2019.  Caitlin Saladrigas is the lead associate in this litigation and participated in all aspects of the litigation.

k. David Newman, an associate in Holland & Knight's Miami office, in his seventh year of practice, billed at a rate of $245.00 per hour and assisted with research, drafting pre-trial motions, assessing productions made by

parties and non-parties, assisting with meet and confer efforts related to discovery, and preparations for depositions and court appearances.

l. Kayla Pragid, currently an associate with Holland & Knight and previously an associate at Akerman LLP, in her eighth year of practice, billed at a rate of $240.00 per hour and assisted with drafting discrete motions as well as e-discovery efforts.

m. Darcie Thompson, currently an associate with Holland & Knight and previously an associate at Akerman LLP, in her eighth year of practice, billed at a rate of $240.00 per hour and assisted with drafting discrete motions.

n. Joseph Valdivia, currently an associate with Holland & Knight and previously an associate at Akerman LLP, in his seventh year of practice, billed at a rate of $225.00 per hour and assisted with selective meet and confer efforts during discovery and specific tasks associated with summary judgment.

o. Alison Brown, a former associate of Holland & Knight's West Palm Beach office, in her eleventh year of practice, billed at a rate of $310.00 per hour and assisted with drafting discovery responses.

p. Alexander Dudley, an associate in Holland & Knight's Fort Lauderdale office in his first year of practice, billed at the blended rate described above and assisted with research and drafting motions.

q. Jennifer O'Shaughnessy, currently a paralegal with Holland & Knight and previously a paralegal with Akerman, LLP, with more than 20 years of

    experience, billed at a rate of $175.50.  Jennifer O'Shaughnessy is the lead paralegal on this matter and assisted with all aspects of the case.

 r. Kirk Humphries, currently a paralegal with Holland & Knight and previously a paralegal with Akerman, LLP, with more than 30 years of experience, billed at a rate of $175.50 and assisted with discrete tasks including preparation for hearings and depositions as well as internal review of production materials.

 s. Alexandra Amburgy, a paralegal assistant with Holland & Knight, in her second year in that position, billed at a rate of $100.00 and assisted with discrete tasks including preparation for hearings and depositions as well as internal review of production materials.

11. The total amount of hours expended be each lawyer at their standard hourly rate and at the blended rate are set forth in the table below:

| TIMEKEEPER | Hours Worked at Standard Hourly Rate | Hours Worked at Blended Rate | FEE AMOUNT |
|---|---|---|---|
| **Attorneys** | | | |
| David Spector | 144.6 | 475.1 | $198,497.60 |
| Caitlin Saladrigas | 1050.7 | 1445.7 | $591,220.60 |
| David Newman | 188.8 | 716.8 | $242,804.65 |
| Alexander Dudley | 0.0 | 427.8 | $110,422.00 |
| Brad McPherson | 450.5 | N/A | $93,063.15 |
| Adam Hodges | 1.4 | 9.1 | $2,961.00 |
| Sandra Heller | 0.0 | 50.4 | $25,234.00 |
| Matthew Detzel | 114.6 | 155.5 | $72,606.48 |
| Matthew DiBlasi | 0.0 | 28.2 | $8,742.00 |
| Kayla Pragid | 41.3 | 100.8 | $37,760.00 |
| Darcie Thompson | 0.0 | 19.1 | $17,608.00 |
| Montaye Sigmon | 43.6 | N/A | $6,256.00 |
| Joseph Valdivia | 18.1 | 111.2 | $18,595.00 |
| James Duffy | 6.3 | 45.2 | $10,908.00 |
| Elizabeth Hodge | .4 | N/A | $138.00 |
| Alison Brown | 12.4 | 15.8 | $8,525.00 |

| TIMEKEEPER | Hours Worked at Standard Hourly Rate | Hours Worked at Blended Rate | FEE AMOUNT |
|---|---|---|---|
| **Paralegals** | | | |
| Kirk Humphreys | 133.4 | 51.9 | $29,599.15 |
| Jenny O'Shaughnessy | 602.9 | 738.7 | $292,804.65 |
| Alexandra Amburgy | 29.0 | 75.6 | $18,595.00 |

| TOTALS | $1,850,523.03 |
|---|---|

12. In addition to the attorney time outlined above, the State Farm Plaintiffs also employed contract attorneys at Holland & Knight who performed document review. This case involved the management of approximately 61,000 pages of medical records and documents. The hourly rate of these professionals differed depending on the nature of task assigned. For example, when these contract reviewers reviewed the approximately 30,000 pages of financial documents in order to create a financial ledger for defendants Health and Wellness Services, Inc. and Pain Relief Clinic of Homestead, Corp., because despite running health care clinics which grossed over $1 million per year on average, these Defendants claimed not to maintain even the most rudimentary financial documents), they were assigned the blended rate referenced above as this was a detailed and substantive analysis which would be later used to prove the financial motives and control of the Defendants. However, when these contract reviewers billed for document review associated with redacting documents for purposes of production, their hourly rate was $75.00 which is consistent with the industry average for managed review teams. The contract reviewers, the associated hours expended at their standard hourly rate and the blended rate are set forth below:

| REVIEW TEAM TIMEKEEPER | Hours Worked at Hourly Rate | Hours Worked at Blended Rate | FEE AMOUNT |
|---|---|---|---|
| Belensz, Rachael | 5.80 | 0.0 | $19,996.00 |
| Bromfield, Stuart | 0.0 | 27.9 | $8,649.60 |
| Caines, Melessa | 0.0 | 19.8 | $6,138.00 |
| Cavallo, Carol | 0.0 | 35.1 | $10,881.00 |

| | | | |
|---|---|---|---|
| Chocron, Stephanie | 0.0 | 45.4 | $248.00 |
| Coriat, Paola N. | 5.40 | 54.0 | $14,074.00 |
| Delaney, Patrick R. | 0.0 | 26.0 | $17,145.00 |
| Grout, Andrew | 5.80 | 57.1 | $837.00 |
| Hor, Davit | 0.0 | 55.4 | $8,091.00 |
| Huynh, Anh | 2.10 | 3.8 | $248.00 |
| Ibarra, Massiel | 2.10 | 0.0 | $18,136.00 |
| LaSalle, Jason T. | 0.0 | 48.5 | $17,174.00 |
| Lewis, Sherisse A. | 6.60 | 40.2 | $1,283.30 |
| Long, Jacob I. | 0.0 | 66.3 | $368.55 |
| Naffi, Sami | 12.3 | 59.6 | $15,035.00 |
| Pacheco, Carla C. | 5.0 | 32.9 | $12,957.00 |
| Palugyai, Daniel | 14.0 | 0.0 | $7,553.00 |
| Reisher, Greg | 0.0 | 2.3 | $19,368.50 |
| Rinner, Douglas D. | 0.0 | 51.3 | $10,574.00 |
| Roche, Roger | 0.0 | 1.7 | $1,050.00 |
| Rose, Arnold | 10.6 | 0.0 | $2,387.00 |
| Spring, Cassandra | 0.0 | 76.2 | $0.00 |
| Staskiel, Heather G. | 9.5 | 53.4 | $15,903.00 |
| Swick, Ryan | 13.6 | 0.0 | $527.00 |
| Torres, Deanne | 0.0 | 58.7 | $795.00 |
| Williams, Angelia | 0.0 | 8.6 | $23,622.00 |
| Wiwczar, Kristen D. | 9.3 | 25.5 | $17,266.50 |
| **TOTALS** | | | **$280,962.45** |

13. Attached as **Exhibit A** are true and correct copies of the invoices sent from Akerman LLP and Holland & Knight to the State Farm Plaintiffs regarding the above-captioned matter as of April 1, 2020.

14. These invoices contain redactions to protect privileged information.

15. These invoices also contain redactions to eliminate time entries for which the State Farm Plaintiffs are not seeking reimbursement.

16. I reviewed each of these invoices before they were sent to the State Farm Plaintiffs in order to remove duplicate or excessive time and thus these invoices contain a reasonable number of hours worked by each lawyer for each task indicated.

17.   The total amount of fees expended by the State Farm Plaintiffs in this litigation was $2,072,585.88 but the State Farm Plaintiffs' agree to only seek a total amount of $1,000,000.00 in fees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2020.

_____
DAVID I. SPECTOR