UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE and CASUALTY
COMPANY

      Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC.,
NOEL SANTOS, ANGEL CARRASO, JORGE
RAFAEL COLL, PAIN RELIEF CLINIC OF
HOMESTEAD, CORP., JESUS LORITES and
JOSE GOMEZ-CORTES,

      Defendants.
_____/

### MUSE DEFENDANTS' AMENDED RESPONSE TO PLAINTIFFS' VERIFIED AGREED MOTION FOR ATTORNEYS' FEES [D.E. 346]

For this Response, the Defendants, LAZARO MUSE, BEATRIZ MUSE, NOEL SANTOS and MEDICAL WELLNESS SERVICES, INC., ("Muse Defendants") state:

Consistent with the representations in Plaintiffs' verified motion and particularly the agreement of the parties on Page 2 thereof, the Muse Defendants – and indeed all of the Defendants in this case- have agreed and stipulated to *entitlement* and *amount* of attorney's fees.

1

Respectfully submitted,

s/ Richard Diaz
_____

Richard J. Diaz, Esq.
F.B.N. 0767697
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 5th day of May, 2020.

s/ Richard Diaz
_____
Richard J. Diaz, Esq.