# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:18-cv-23125-Scola/Torres

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE & CASUALTY COMPANY,

    Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES,
INC., BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MEDICAL WELLNESS
SERVICES, INC., NOEL SANTOS, PAIN
RELIEF CLINIC OF HOMESTEAD, CORP.,
JESUS LORITES, and JOSE GOMEZ-
CORTES

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs', State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively the "State Farm Plaintiffs"), Unopposed Motion for Entry of Final Judgment [ECF No. 356] and hereby rules as follows:

    1.    Final judgment is ENTERED in favor of the State Farm Plaintiffs against defendants Health and Wellness Services, Inc. ("Health & Wellness"), Medical Wellness Services, Inc. ("Medical Wellness"), Pain Relief Clinic of Homestead, Corp. ("Pain Relief") (collectively the "Muse Clinics"), Lazaro Muse, Beatriz Muse, Noel Santos, Hugo Goldstraj, and Jose Gomez-Cortes on the State Farm

Plaintiffs' claims for violations of the Florida Unfair and Deceptive Trade Practices Act ("FDUTPA") and unjust enrichment.

2. Defendants shall recover nothing from this matter.

3. Total damages awarded are as follows:

**State Farm Fire and Casualty Company**:

| Clinic | Associated Medical Director and Related Time Period | Amount |
|---|---|---|
| Health & Wellness | Dr. Goldstraj (07/2007 – 06/2013) | $306,958.93 |
| Health & Wellness | Dr. Franco (06/2013 – present) | $8,943.61 |
| Medical Wellness | Dr. Carrasco (08/2009 – 09/2013) | $156,317.64 |
| Pain Relief | Dr. Lorites (06/2010 – 04/2013) | $94,482.69 |
| | Total: | **$566,702.87** |

**State Farm Mutual Automobile Insurance Company**:

| Clinic | Associated Medical Director and Related Time Period | Amount |
|---|---|---|
| Health & Wellness | Dr. Goldstraj (07/2007 – 06/2013) | $1,070,337.35 |
| Health & Wellness | Dr. Franco (06/2013 – present) | $194,174.25 |
| Medical Wellness | Dr. Carrasco (08/2009 – 09/2013) | $647,730.35 |
| Medical Wellness | Dr. Coll (09/2013 – 10/2017) | $221,302.66 |
| Pain Relief | Dr. Lorites (06/2010 – 04/2013) | $145,326.15 |

2

| | | |
|---|---|---|
| Pain Relief | Dr. Gomez-Cortes (04/2013 – present) | $80,758.10 |
| | **Total:** | **$2,359,628.86** |

The Defendants subject to this Final Judgment are jointly and severally liable to the respective State Farm Plaintiffs in the following amounts:

| **Defendant** | **Plaintiff** | **Amount** |
|---|---|---|
| Lazaro Muse, Beatriz Muse, Health & Wellness and Dr. Goldstraj | State Farm Mutual | $1,070,337.35 |
| | State Farm Fire | $306,958.93 |
| Lazaro Muse, Beatriz Muse, Health & Wellness | State Farm Mutual | $194,174.25 |
| | State Farm Fire | $8,943.61 |
| Lazaro Muse, Beatriz Muse, Noel Santos, Medical Wellness | State Farm Mutual | $869,033.01 |
| | State Farm Fire | $156,317.64 |
| Lazaro Muse, Pain Relief and Dr. Lorites | State Farm Mutual | $145,326.15 |
| | State Farm Fire | $94,482.69 |
| Lazaro Muse, Pain Relief and Dr. Gomez-Cortes | State Farm Mutual | $80,758.10 |

**Costs**[1]:

Sixty Three Thousand, Two Hundred Seven dollars and Ninety Two cents ($63,207.92)

**Attorneys' fees**[2]:

One Million dollars ($1,000,000)[3]

---

[1] On August 17, 2020, the State Farm Plaintiffs filed a Motion for Bill of Costs, pursuant to 28 U.S.C. §1920. [ECF No. 355]. This Motion is currently pending with the Court.

[2] On May 4, 2020, the State Farm Plaintiffs filed a motion for attorneys' fees. [ECF No. 346]. Lazaro Muse, Beatriz Muse, Noel Santos, Medical Wellness Services, Inc., and Dr. Jesus Lorites (collectively, "Muse Defendants") responded on May 5 and 6, 2020 [ECF Nos. 348-349], and agreed to the entitlement and the amount of the fees requested. No other defendant filed a response to Plaintiffs' motion and the time to do so has now passed.

[3] On May 27, 2020, this Court entered a Report and Recommendation proposing the Court grant Plaintiffs' Motion for Attorneys' Fees for the amount of one million dollars ($1,000,000) [ECF No. 351].

#75759432_v9

**Damages Total: $3,989,539.65**

4. Final judgment is also entered on the State Farm Plaintiffs' declaratory relief claim against defendants Health & Wellness, Medical Wellness and Pain Relief.

5. The State Farm Plaintiffs are not obligated to pay any of the Muse Clinics' outstanding invoices for pending claims, detailed in Exhibits 47, 48, 49, 50 and 51 of the Third Amended Complaint. [ECF No. 353].

DONE and ORDERED in Chambers, on this ___ day of _____, 2020, Miami-Dade County, Florida.

                                                                                        _____
                                                                                        Robert Scola
                                                                                        United States District Judge

Copies Provided to:
Counsel of Record

#75759432_v9