UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23125-RNS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANT and STATE
FARM FIRE and CASUALTY
COMPANY

      Plaintiff,

vs.

HEALTH AND WELLNESS SERVICES, INC.,
BEATRIZ MUSE, LAZARO MUSE,
HUGO GOLDSTRAJ, MANUEL FRANCO,
MEDICAL WELLNESS SERVICES, INC., NOEL
SANTOS, ANGEL CARRASO, JORGE RAFAEL
COLL, PAIN RELIEF CLINIC OF HOMESTEAD,
CORP., JESUS LORITES and JOSE GOMEZ-
CORTES,

      Defendants.
_____/

## NOTICE OF APPEAL OF OMNIBUS ORDER [D.E.321]

NOTICE IS GIVEN that Defendants, MEDICAL WELLNESS SERVICES, INC., NOEL SANTOS, BEATRIZ MUSE and LAZARO MUSE (collectively "Muse Defendants") hereby appeal to the United States District Court of Appeals for the Southern District of Florida, the Omnibus Order on Motions for Summary Judgment [D.E. 321].

DATED this 3rd day of September, 2020.

1

Respectfully submitted,

s/ Richard J. Diaz
_____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 3rd day of September, 2020.

s/ Richard Diaz
_____
Richard J. Diaz, Esq.