United States District Court
for the
Southern District of Florida

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company, Plaintiff,<br><br>v.<br><br>Health and Wellness Services, Inc. and others, Defendants. | Civil Action No. 18-23125-Civ-Scola |

### Order Adopting Magistrate's Report and Recommendation

United States Magistrate Judge Edwin G. Torres entered a report and recommendation (ECF No. 379), granting the Plaintiffs' motion to tax costs (ECF No. 372) in the full amount requested. None of the Defendants ever responded to the motion and no objections to Judge Torres's report and recommendation have been filed. The time to object has passed. Judge Torres, in noting the Plaintiffs' motion could be granted based on the lack of any opposition, also reviewed the substance of the motion and concludes the Plaintiffs are entitled to the taxable costs they seek as provided for under 29 U.S.C. § 1920. Additionally, Judge Torres recommends that the cost award be apportioned among the Defendants based on the amounts allocated to them in the final judgment (ECF No. 374). Having considered—de novo—Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 379**) and **grants** the Plaintiffs' motion (**ECF No. 372**). Consistent with the report, the Court awards **$63,207.92** in taxable costs to the Plaintiffs, allocated among the Defendants in proportion to the fraction of the total damage award, including the declaratory judgment, each is liable for.

**Done and ordered** at Miami, Florida on October 29, 2020.

_____
Robert N. Scola, Jr.
United States District Judge